B6A (Official Form 6A) (12/07)

In re  **John H. Hamilton Sr.**                                        Case No.   __10-35770-H4-11____

                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 33203 West Haddon Court, Fulshear, Texas 77076 Weston Lakes Sec 4, Blk 14, Lot 14, R/P, an addition in Fort Bend County. | Homestead | C | $1,700,000.00 | $1,999,007.00 |
| | | **Total:** | **$1,700,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **John H. Hamilton Sr.**                                    Case No.  **10-35770-H4-11**
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking- Woodforest National Bank | W | Unknown |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | golden tee machine | C | $300.00 |
| | | Vitrine | C | $200.00 |
| | | 15 animal heads | C | $1,000.00 |
| | | 4 televisons set | C | $1,000.00 |
| | | 2 bar sets | C | $500.00 |
| | | blackjack table | C | $1,500.00 |
| | | pool table | C | $3,000.00 |
| | | 2 leather chairs | C | $100.00 |
| | | jukebox | C | $1,500.00 |
| | | harley davidson pump | C | $1,200.00 |
| | | harley davidson refrigerator | C | $500.00 |
| | | stuffed bear | C | $300.00 |
| | | chaise lounge | C | $250.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   <u>10-35770-H4-11</u>
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | wicker furniture set | C | $250.00 |
| | | medicine chest | C | $50.00 |
| | | pair of bronze giraffe | C | $225.00 |
| | | bedroom set with bench and (2) lamps | C | $500.00 |
| | | bedroom set with (2) nightstands | C | $500.00 |
| | | rocker | C | $75.00 |
| | | recliner | C | $75.00 |
| | | trunk chest | C | $50.00 |
| | | four poster bedroom set | C | $500.00 |
| | | queen bedroom set | C | $300.00 |
| | | (3) living room sets | C | $350.00 |
| | | (2) double door refrigerators | C | $250.00 |
| | | washer and dryer | C | $200.00 |
| | | gym equiptment | C | $250.00 |
| | | (4) bar stools | C | $150.00 |
| | | dinette set | C | $200.00 |
| | | coffee table | C | $75.00 |
| | | sectional sofa set | C | $175.00 |
| | | executive desk | C | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | oriental rug | C | $350.00 |
| | | (2) leather chairs | C | $150.00 |
| | | globe | C | $75.00 |
| | | round table | C | $100.00 |
| | | round rug | C | $75.00 |
| | | table with (8) chairs | C | $3,000.00 |
| | | china cabinet | C | $750.00 |
| | | oriental rug | C | $300.00 |
| | | (2) sofas | C | $150.00 |
| | | (2) chairs | C | $100.00 |
| | | coffee table | C | $500.00 |
| | | oriental rug | C | $300.00 |
| | | Three piece bedroom set | C | $1,500.00 |
| | | (2) chairs | C | $150.00 |
| | | bench | C | $75.00 |
| | | recliner | C | $150.00 |
| | | sewing table | C | $235.00 |
| | | (2) sofa chairs | C | $125.00 |
| | | popcorn machine | C | $300.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                          Case No.   **10-35770-H4-11**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | wall table | C | $100.00 |
| | | poker table | C | $300.00 |
| | | tv set | C | $300.00 |
| | | twin bed | C | $75.00 |
| | | (4) sets outdoor furniture | C | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | various family photos. | C | $100.00 |
| 6. Wearing apparel. | | Debtors clothing | C | $500.00 |
| | | Non-filing spouses | C | $1,500.00 |
| 7. Furs and jewelry. | | wedding band | C | $400.00 |
| | | non-filing spouse wedding ring | C | $2,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **John H. Hamilton Sr.**                                        Case No.   **10-35770-H4-11**
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% interest in Conserv Tech, LLC- closed company | C | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                              Case No.   **10-35770-H4-11**
                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Lincoln Navigator | C | $1,000.00 |
| | | 2005 Mercedes SL 500 | W | $4,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                    Case No.  **10-35770-H4-11**
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2007 Mercedes 450GL | H | $26,000.00 |
| | | 2009 Lincoln MKS | W | $24,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____6_____ continuation sheets attached          Total  >   **$86,186.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **John H. Hamilton Sr.**                                            Case No.   **10-35770-H4-11**
                                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 33203 West Haddon Court, Fulshear, Texas 77076<br>Weston Lakes Sec 4, Blk 14, Lot 14, R/P, an addition in Fort Bend County. | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $1,700,000.00 |
| golden tee machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Vitrine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| 15 animal heads | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| 4 televisons set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| 2 bar sets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| blackjack table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| pool table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,000.00 | $3,000.00 |
| 2 leather chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$7,600.00** | **$1,707,600.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                     Case No.   **10-35770-H4-11**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| jukebox | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| harley davidson pump | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,200.00 | $1,200.00 |
| harley davidson refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| stuffed bear | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| chaise lounge | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| wicker furniture set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| medicine chest | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| pair of bronze giraffe | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $225.00 | $225.00 |
| bedroon set with bench and (2) lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| bedroom set with (2) nightstands | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| rocker | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| recliner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| trunk chest | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| | | **$13,075.00** | **$1,713,075.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                              Case No.    **10-35770-H4-11**
                                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| four poster bedroom set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| queen bedroom set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| (3) living room sets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| (2) double door refrigerators | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| washer and dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| gym equiptment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| (4) bar stools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| dinette set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| coffee table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| sectional sofa set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $175.00 | $175.00 |
| executive desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| oriental rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| (2) leather chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| | | $17,025.00 | $1,717,025.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.    **10-35770-H4-11**
                                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| globe | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| round table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| round rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| table with (8) chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,000.00 | $3,000.00 |
| china cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $750.00 | $750.00 |
| oriental rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| (2) sofas | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| (2) chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| coffee table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| oriental rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Three piece bedroom set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| (2) chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| bench | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| | | **$24,100.00** | **$1,724,100.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                Case No.  **10-35770-H4-11**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| recliner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| sewing table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $235.00 | $235.00 |
| (2) sofa chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $125.00 | $125.00 |
| popcorn machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| wall table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| poker table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| tv set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| twin bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| (4) sets outdoor furniture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| various family photos. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Debtors clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| Non-filing spouses | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $1,500.00 | $1,500.00 |
| wedding band | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $400.00 | $400.00 |
| | | **$28,685.00** | **$1,728,685.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                          Case No.   **10-35770-H4-11**
                                                                                                       (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| non-filing spouse wedding ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,000.00 | $2,000.00 |
| 2005 Mercedes SL 500 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,500.00 | $4,500.00 |
| 2007 Mercedes 450GL | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $139.23 | $26,000.00 |
| 2009 Lincoln MKS | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $1,000.00 | $24,000.00 |
| | | $36,324.23 | $1,785,185.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **John H. Hamilton Sr.**

CASE NO   **10-35770-H4-11**

CHAPTER   **11**

## <u>TOTALS BY EXEMPTION LAW</u>

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,700,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 | $0.00 | $0.00 | $26,285.00 | $0.00 | $26,285.00 | $26,285.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $0.00 | $0.00 | $0.00 | $2,400.00 | $0.00 | $2,400.00 | $2,400.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $139.23 | $5,500.00 | $0.00 | $0.00 | $0.00 | $5,639.23 | $54,500.00 |

B6D (Official Form 6D) (12/07)

In re  **John H. Hamilton Sr.**                                       Case No.   **10-35770-H4-11**
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-3103**<br><br>**Chase Auto**<br>**201 N. Walnut St # De1-10**<br>**Wilmington, DE 19801** | | C | DATE INCURRED:  **01/07/2008**<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**2007 Mercedes GL 450**<br>REMARKS:<br><br><br>VALUE:          **$26,000.00** | | | | **$25,860.77** | |
| ACCT #: **xxxx-5327**<br><br>**Onewest Bank**<br>**One National City**<br>**Kalamazoo, MI 49009** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**1st Lien**<br><br>VALUE:        **$1,700,000.00** | | | | **$1,999,007.00** | **$299,007.00** |
| **Representing:**<br>**Onewest Bank** | | | **Dominique Varner**<br>**Hughes, Watters & Askanase, LLP**<br>**333 Clay, 29th Floor**<br>**Houston, TX 77002** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| Subtotal (Total of this Page) > | | | | | | | **$2,024,867.77** | **$299,007.00** |
| Total (Use only on last page) > | | | | | | | **$2,024,867.77** | **$299,007.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **John H. Hamilton Sr.**                                    Case No.   __10-35770-H4-11__
                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **John H. Hamilton Sr.**　　　　　　　　　Case No. **10-35770-H4-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Alex Yanez**<br>**7135 Majestic Oaks**<br>**Houston, TX 77040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | X | X | X | **$1.00** |
| **Representing:**<br>**Alex Yanez** | | | **Jeffrey C. Jackson**<br>**Jeffrey C. Jackson PLLC**<br>**720 Bayland Ave**<br>**Houston, TX 77009** | | | | **Notice Only** |
| ACCT #:<br>**Andrew M. Caplan**<br>**Weycer, Kaplan, Pulaski & Zuber PC**<br>**Eleven Greenway Plaza, Ste. 1400**<br>**Houston, TX 77046** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xxxx-4199**<br>**Bank of America**<br>**BAC/Fleet Bankcard**<br>**P O Box 26012**<br>**Greensboro, NC 27420** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. goods and services**<br>REMARKS: | | | | **$9,480.00** |
| ACCT #:<br>**Bay Area Windham Park LLC**<br>**c/o Ross Spence**<br>**Snow Fogel Spence LLP**<br>**2929 Allen Parkway, Ste. 4100**<br>**Houston, TX 77019** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$350,000.00** |
| **Representing:**<br>**Bay Area Windham Park LLC** | | | **Ross Spence**<br>**Snow Fogel Spence, LLP**<br>**2929 Allen Parkway, Suite 4100**<br>**Houston, TX 77019** | | | | **Notice Only** |

Subtotal >　**$359,482.00**

Total >
**(Use only on last page of the completed Schedule F.)**

_____**13**_____continuation sheets attached

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Cathay Holdings 3, LLC**<br>**c/o Barbara Ellis**<br>**Locke Lord Bissell & Liddell LLP**<br>**100 Congress Ave. Ste. 300**<br>**Austin, TX 78701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$1.00** |
| **Representing:**<br>**Cathay Holdings 3, LLC** | | | **Barbara Ellis**<br>**Kent Hoffman**<br>**Locke Lord Bissell & Liddell LLP**<br>**100 Congress Avenue, Suite 300**<br>**Austin, TX 78701** | | | | **Notice Only** |
| **Representing:**<br>**Cathay Holdings 3, LLC** | | | **Vijay A. D'Cruz**<br>**Locke Lord Bissell & Liddell, LLP**<br>**600 Travis, Suite 3400**<br>**Houston, TX 77002-3095** | | | | **Notice Only** |
| ACCT #:<br>**Center Capital Corporation**<br>**3 Famr Glen Blvd.**<br>**Farmington, CT 06032** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$1,887,089.99** |
| **Representing:**<br>**Center Capital Corporation** | | | **Dennis A. Dressler**<br>**Dressler & Peters, LLC**<br>**111 W. Washington, Ste. 1900**<br>**Chicago, IL 60602** | | | | **Notice Only** |
| **Representing:**<br>**Center Capital Corporation** | | | **Richard L. Crozier**<br>**Davidson & Troilo**<br>**919 Congress Ave., Ste. 810**<br>**Austin, TX 78701** | | | | **Notice Only** |

Sheet no. ____1____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,887,090.99**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                           Case No.  **10-35770-H4-11**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Chamberlin Roofing and Waterproofing**<br>**c/o McCormick, Hancock & Newton**<br>**1900 West Loop south, Suite 700**<br>**Houston, Texas 77027** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | | X | X | **$1.00** |
| ACCT #:  **xxxx-7482**<br>**Chase**<br>**Bank One Card Services**<br>**Westerville, OH 43081** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. goods and services**<br>REMARKS: | | | | **$14,037.00** |
| ACCT #:<br>**Chocolate Chip Aviation**<br>**1388 Flightline Dr.**<br>**Spring Branch, TX 78070** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | | | X | **$1.00** |
| ACCT #:<br>**CIT Technology Financing Services, Inc.**<br>**c/o Bankruptcy Processing Solutions, Inc**<br>**800 E. Sonterra Blvd., Suite 420**<br>**San Antonio, TX 78258** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | | | | **$810.23** |
| ACCT #:<br>**Citibank N.A. fka Citibank Texas, NA**<br>**c/o Karl Burrer**<br>**Haynes & Boone, LP**<br>**1221 McKinney, Ste. 2100**<br>**Houston, TX 77010** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$19,217,009.76** |
| **Representing:**<br>**Citibank N.A. fka Citibank Texas, NA** | | | **Lawrence L. Huelbig**<br>**Haynes & Boone, LLP**<br>**1 Houston Center**<br>**1221 McKinney, Ste 2100**<br>**Houston, TX 77002** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$19,231,858.99**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                              Case No.   **10-35770-H4-11**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Citibank N.A. fka Citibank Texas, NA**<br>**c/o Karl Burrer**<br>**Haynes & Boone, LP**<br>**1221 McKinney, Ste. 2100**<br>**Houston, TX 77010** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | X | X | X | **$79,315.00** |
| ACCT #:  **xxx351**<br>**City Bank**<br>**5219 City Bank Parkway**<br>**Lubbock, TX 79407** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$7,792,021.40** |
| **Representing:**<br>**City Bank** | | | **Michael Hicks**<br>**Mullin Hoard & Brown, LLP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408-2585** | | | | **Notice Only** |
| ACCT #:  **xxx949**<br>**City Bank**<br>**5219 City Bank Parkway**<br>**Lubbock, TX 79407** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$701,076.86** |
| **Representing:**<br>**City Bank** | | | **Michael Hicks**<br>**Mullin Hoard & Brown, LLP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408-2585** | | | | **Notice Only** |
| ACCT #:  **xxx208**<br>**City Bank**<br>**5219 City Bank Parkway**<br>**Lubbock, TX 79407** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$132,239.91** |

Sheet no. ____3____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$8,704,653.17**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John H. Hamilton Sr.**                                                    Case No.   **10-35770-H4-11**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Civil-Surv Land Surveying** <br> **4710 Bellaire Blvd.** <br> **Suite 250** <br> **Bellaire, TX 77401** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. Business Debt** <br> REMARKS: | | | X | **$1.00** |
| ACCT #: <br> **Compass Bank** <br> **c/o Michael J. Smith** <br> **Chernosky, Smith, Ressling & Smith PLLC** <br> **4646 Wild Indigo, Ste. 110** <br> **Houston, TX 77027** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantee- Business Debt** <br> REMARKS: | X | X | X | **$1.00** |
| **Representing:** <br> **Compass Bank** | | | **Michael J. Smith** <br> **Chernosky, Smith, Ressling & Smith PLLC** <br> **4646 Wild Indigo, Suite 110** <br> **Houston, TX 77027** | | | | **Notice Only** |
| ACCT #:  **xxxx-2568** <br> **DCFS USA LLC** <br> **36455 Corporate Dr** <br> **Farmington Hills, MI 48331** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. goods and services** <br> REMARKS: | | | | **$19,086.00** |
| ACCT #: <br> **Demac Concrete Contractors, Inc.** <br> **c/o McCormick, Hancock & Newton** <br> **1900 West Loop South, Suite 700** <br> **Houston, Texas 77027** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | X | X | **$1.00** |
| ACCT #: <br> **Escobedo Erectors** <br> **c/o Marcos & Associates, P.C.** <br> **228 Westheimer Road** <br> **Houston, Texas 77006** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | X | X | **$1.00** |

Sheet no. ____**4**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal > | **$19,090.00** |
| Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the <br> Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                       Case No.   **10-35770-H4-11**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-7339**<br>**FIA CSNA**<br>**P O Box 26012,**<br>**NC4-105-02-77**<br>**Greensboro, NC 27410** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. goods and services**<br>REMARKS: | | | | **$6,930.00** |
| ACCT #:<br>**Foreman Glass & Mirror**<br>**c/o Charles H. Portz III**<br>**Portz & Portz**<br>**1314 Texas Ave., #1001**<br>**Houston, TX 77002** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Fort Bend County**<br>**c/o Damon D. Edwards**<br>**Linebarger, Goggan Blair & Sampson**<br>**1301 Travis, Ste. 300**<br>**Houston, TX 77002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | X | X | X | **$1.00** |
| **Representing:**<br>**Fort Bend County** | | | **Damon D. Edwards**<br>**Maris A. Blair**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**1301 Travis, Suite 300**<br>**Houston, TX 77002** | | | | **Notice Only** |
| ACCT #:<br>**Glen Lowenstein**<br>**P. O. Box 31339**<br>**Houston, Texas 77231** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$12,500.00** |
| ACCT #:<br>**Golden Bank, N.A.**<br>**c/o Shannon, Martin, Finkelstein & Alvar**<br>**2400 Two Houston Center**<br>**909 Fannin Street**<br>**Houston, Texas 77010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | | | X | **$1.00** |

Sheet no. ____**5**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$19,433.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**HCB Mechanical, Inc.**<br>**13217 Weiman Rd.**<br>**Houston, TX 77041** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Headwaters Construction Materials**<br>**c/o Andrew McCormick**<br>**McCormick McNeal Edler & Williams LP**<br>**5909 West Loop South, Ste. 550**<br>**Houston, TX 77401** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$18,000.00** |
| **Representing:**<br>**Headwaters Construction Materials** | | | **Andrew P. McCormick**<br>**McCormick, McNeel, Edler & Williams, LLP**<br>**5909 West Loop South, Suite 550**<br>**Houston, TX 77401** | | | | **Notice Only** |
| **Representing:**<br>**Headwaters Construction Materials** | | | **W. Jeff Paradowski**<br>**Law Offices of W. Jeff Paradowski**<br>**1604 Copperfield Parkway**<br>**College Station, TX 77845** | | | | **Notice Only** |
| ACCT #:  **xxxxx-0001**<br>**Imperial Capital Bank**<br>**700 N. Central Ave**<br>**Glendale, CA 91203** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$8,214,769.00** |
| ACCT #:  **xxxxx-0003**<br>**Imperial Capital Bank**<br>**700 N. Central Ave**<br>**Glendale, CA 91203** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$43,785.00** |

Sheet no. _____**6**_____ of _____**13**_____ continuation sheets attached to          Subtotal >          **$8,276,555.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                                            **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1001**<br>**Independence Bank, NA**<br>**P.O. Box 550289**<br>**Houston, TX 77255** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$341,907.41** |
| **Representing:**<br>**Independence Bank, NA** | | | **Anthony Sullivan**<br>**Ross Banks May Cron & Cavin PC**<br>**2 Riverway, Ste. 700**<br>**Houston, TX 77056-1918** | | | | **Notice Only** |
| ACCT #:<br>**Independence Bank, NA**<br>**P.O. Box 550289**<br>**Houston, TX 77255** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | X | X | X | **$79,808.20** |
| **Representing:**<br>**Independence Bank, NA** | | | **Anthony Sullivan**<br>**Ross Banks May Cron & Cavin PC**<br>**2 Riverway, Ste. 700**<br>**Houston, TX 77056-1918** | | | | **Notice Only** |
| ACCT #:  **3002315327**<br>**Indy Mac**<br>**JPMorgan Chase**<br>**12750 Merit Dr**<br>**Dallas, TX 75251** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS:<br>**16235 Westheimer Road, Houston, TX 77082** | X | X | X | **$1.00** |
| ACCT #:  **xxx-xx-0075**<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0326** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS:<br>**1040 taxes for 2007** | | | | **$87,074.10** |

Sheet no. ____**7**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$508,790.71**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                          Case No.   **10-35770-H4-11**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **James Nguyen** <br> **c/o John R. Gladney** <br> **6901 Corporate Dr. Suite 111** <br> **Houston, Texas 77036** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | X | X | **$1.00** |
| ACCT #: <br> **John H. Bennett, Jr.** <br> **Attorney at Law** <br> **2777 Allen Pkwy, Ste. 1000** <br> **Houston, TX 77019** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **John Iglehart** <br> **c/o Snow Fogel Spence, LLP** <br> **2929 Allen Parkway, Suite 1400** <br> **Houston, Texas 77019** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | X | X | **$1.00** |
| ACCT #: <br> **K&H Group LLC** <br> **5710 W. 34th St. Ste. E** <br> **Houston, TX 77092** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. Business Debt** <br> REMARKS: | X | X | X | **$1.00** |
| **Representing:** <br> **K&H Group LLC** | | | **Jeffrey C. Jackson** <br> **Jeffrey C. Jackson PLLC** <br> **720 Bayland Ave** <br> **Houston, TX 77009** | | | | **Notice Only** |
| ACCT #: <br> **Lange Mechanical Services, L.P.** <br> **c/o Ciano Pasta** <br> **5718 Westheimer, Suite 940** <br> **Houston, TX 77057** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | | | **$1.00** |

Sheet no. ___8___ of ___13___ continuation sheets attached to                   Subtotal >   **$4.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                  Total >
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Lee & Assoc. Commercial Real Est. Inc<br>5872 Ownes Ave., Ste 200<br>Carlisbad, CA 92008** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$1.00** |
| **Representing:<br>Lee & Assoc. Commercial Real Est. Inc** | | | **James R. Ballard<br>Schwartz Semerdjian Haile Ballard LLP<br>101 West Broadway, Ste. 810<br>San Diego, CA 92101** | | | | **Notice Only** |
| ACCT #:<br>**Lentz Engineering, L.C.<br>c/o Dieringer Law Firm<br>P.O. Box 550020<br>Houston, Texas 77255** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | | | X | **$1.00** |
| ACCT #:<br>**Marina Bay Management, LLC<br>c/o John R. Gladney<br>6901 Corporate Dr. Suite 111<br>Houston, Texas 77036** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |
| **Representing:<br>Marina Bay Management, LLC** | | | **John R. Gladney<br>6901 Corporate Drive, Suite 111<br>Houston, TX 77036** | | | | **Notice Only** |
| ACCT #:<br>**Michael Parr Couch<br>c/o Snow Fogel Spence, LLP<br>2929 Allen Parkway, Suite 1400<br>Houston, Texas 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |

Sheet no. ____**9**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$4.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                        Case No.   **10-35770-H4-11**
                                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**National Loan Investors, L.P.**<br>**3030 Northwest Expressway St, Suite 1313**<br>**Oklahoma City, OK 73112** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Nicholas Kazakoff**<br>**c/o Wilshire & Scott, P.C.**<br>**3000 One Houston Center**<br>**1221 McKinney**<br>**Houston, Texas 77010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |
| ACCT #:  **xxxxx-0001**<br>**North Houston Bank**<br>**P O Box 11626**<br>**Houston, TX 77293** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$8,427,837.00** |
| ACCT #:  **xxxx-9170**<br>**Patriot Bank**<br>**7500 San Felipe St, Ste 1**<br>**Houston, TX 77063** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$634,759.00** |
| ACCT #:<br>**Pennbridge Orchard Plaza S, L.P.**<br>**c/o John R. Gilbert**<br>**Gilbert & Gilbert**<br>**P.O. Box 1819**<br>**Angleton, TX 77515** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$1.00** |
| **Representing:**<br>**Pennbridge Orchard Plaza S, L.P.** | | | **James H. Billingsley**<br>**Ashley V. Dixon**<br>**Kirkpatrick & Lockhart Preston Gates Ell**<br>**1717 Main Street, Suit 2800**<br>**Dallas, TX 75201** | | | | **Notice Only** |

Sheet no. ____**10**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >        **$9,062,599.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Pennbridge Orchard Plaza S, L.P.** | | | **John R. Gilbert**<br>**Gilbert & Gilbert**<br>**222 North Velasco Street**<br>**P.O. Box 1819**<br>**Angleton, TX 77515** | | | | **Notice Only** |
| ACCT #:<br>**Ranger Fire, Inc**<br>**c/o Brandon Starling**<br>**4144 N. Central Expressway, Suite 300**<br>**Dallas, Texas 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |
| ACCT #:<br>**Regions Bank**<br>**c/o Ann Marie Laney Hill**<br>**McGlinchey Stafford PLLC**<br>**1001 McKinney St. Ste. 1500**<br>**Houston, TX 77002** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$1,500,000.00** |
| **Representing:**<br>**Regions Bank** | | | **Anne Marie Laney Hill**<br>**Jennifer L. Davis**<br>**McGlinchey Stafford, PLLC**<br>**1001 McKinney Street, Suite 1500**<br>**Houston, TX 77002** | | | | **Notice Only** |
| ACCT #:<br>**Rodney Dewalt**<br>**17711 Butte Creek Road**<br>**Houston, Texas 77090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |
| **Representing:**<br>**Rodney Dewalt** | | | **Macon D. Strother**<br>**The Strother Law Firm**<br>**4545 Mt. Vernon**<br>**Houston, TX 77006** | | | | **Notice Only** |

Sheet no. ___11___ of ___13___ continuation sheets attached to                                  Subtotal >      **$1,500,002.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                                    (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                        Case No.  **10-35770-H4-11**
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Santa Fe Brokerage Associates, LLC**<br>**c/o Snow Fogel Spence, LLP**<br>**2929 Allen Parkway, Suite 1400**<br>**Houston, Texas 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |
| ACCT #:<br>**SCS Construction Management, Inc.**<br>**c/o J. Hans Barcus**<br>**Cantrell, Ray & Barcus, LLP**<br>**P.O. Box 1019**<br>**Huntsville, TX 77342** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$450,000.00** |
| **Representing:**<br>**SCS Construction Management, Inc.** | | | **J. Hans Barcus**<br>**Cantrell, Ray & Barcus LLP**<br>**P.O. Box 1019**<br>**Huntsville, TX 77342-1019** | | | | **Notice Only** |
| ACCT #:<br>**Suntree Realty Partners, L.P.**<br>**c/o Wilshire & Scott, P.C.**<br>**3000 One Houston Center**<br>**1221 McKinney**<br>**Houston, Texas 77010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |
| ACCT #:<br>**Suntree Realty Partners, L.P.**<br>**c/o Wilshire & Scott, P.C.**<br>**3000 One Houston Center**<br>**1221 McKinney**<br>**Houston, Texas 77010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Tracy Nguyen**<br>**c/o John R. Gladney**<br>**6901 Corporate Dr. Suite 111**<br>**Houston, Texas 77036** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |

Sheet no. ___**12**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$450,004.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John H. Hamilton Sr.**                                   Case No.   **10-35770-H4-11**
                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**United Partners Group, LLC**<br>**c/o Womac & Associates**<br>**Two Memorial City Plaza**<br>**820 Gessner, Suite 1540**<br>**Houston, Texas 77024** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | X | **$1.00** |
| **Representing:**<br>**United Partners Group, LLC** | | | **Brian D. Womac**<br>**Womac & Associates**<br>**Two Memorial City Plaza**<br>**820 Gessner, Suite 1540**<br>**Houston, TX 77024** | | | | **Notice Only** |
| ACCT #:<br>**Wells Fargo Bank, NA**<br>**c/o Steven J. Lownds**<br>**Quilling Selander Cummiskey & Lownds PC**<br>**2001 Bryan St. Ste. 1800**<br>**Dallas, TX 75201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | X | X | X | **$1.00** |
| **Representing:**<br>**Wells Fargo Bank, NA** | | | **Steven J. Lownds**<br>**Quilling, Selander, Cummiskey & Lownds**<br>**2001 Bryan Street, Suite 1800**<br>**Dallas, TX 75201** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |

Sheet no. __13__ of __13__ continuation sheets attached to                      Subtotal >    | **$2.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >    | **$50,019,568.86** |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **John H. Hamilton Sr.**                                          Case No.   **10-35770-H4-11**
                                                                                       (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re   **John H. Hamilton Sr.**                                          Case No.   **10-35770-H4-11**
                                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Automobile One Collectables, L.P.**<br>16325 Westheimer Rd<br>Houston, TX 77082 | **Independence Bank, NA**<br>P.O. Box 550289<br>Houston, TX 77255 |
| **Ruidoso Texas, LTD**<br>410 W. Grand Parkway South<br>Ste. 400<br>Katy, TX 77494 | **City Bank**<br>5219 City Bank Parkway<br>Lubbock, TX 79407 |
| **Spouse Name Not Entered** | **Andrew M. Caplan**<br>Weycer, Kaplan, Pulaski & Zuber PC<br>Eleven Greenway Plaza, Ste. 1400<br>Houston, TX 77046 |
| **Spouse Name Not Entered** | **Andrew P. McCormick**<br>McCormick, McNeel, Edler & Williams, LLP<br>5909 West Loop South, Suite 550<br>Houston, TX 77401 |
| **Spouse Name Not Entered** | **Anne Marie Laney Hill**<br>Jennifer L. Davis<br>McGlinchey Stafford, PLLC<br>1001 McKinney Street, Suite 1500<br>Houston, TX 77002 |
| **Spouse Name Not Entered** | **Anthony Sullivan**<br>Ross Banks May Cron & Cavin PC<br>2 Riverway, Ste. 700<br>Houston, TX 77056-1918 |
| **Spouse Name Not Entered** | **Bank of America**<br>BAC/Fleet Bankcard<br>P O Box 26012<br>Greensboro, NC 27420 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                              (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Bay Area Windham Park LLC**<br>c/o Ross Spence<br>Snow Fogel Spence LLP<br>2929 Allen Parkway, Ste. 4100<br>Houston, TX 77019 |
| **Spouse Name Not Entered** | **Brian D. Womac**<br>Womac & Associates<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX 77024 |
| **Spouse Name Not Entered** | **Center Capital Corporation**<br>3 Famr Glen Blvd.<br>Farmington, CT 06032 |
| **Spouse Name Not Entered** | **Chase**<br>Bank One Card Services<br>Westerville, OH 43081 |
| **Spouse Name Not Entered** | **Chase Auto**<br>201 N. Walnut St # De1-10<br>Wilmington, DE 19801 |
| **Spouse Name Not Entered** | **Citibank N.A. fka Citibank Texas, NA**<br>c/o Karl Burrer<br>Haynes & Boone, LP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 |
| **Spouse Name Not Entered** | **Citibank N.A. fka Citibank Texas, NA**<br>c/o Karl Burrer<br>Haynes & Boone, LP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                                              Case No.   <u>10-35770-H4-11</u>
                                                                                                                   (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **City Bank**<br>5219 City Bank Parkway<br>Lubbock, TX 79407 |
| **Spouse Name Not Entered** | **City Bank**<br>5219 City Bank Parkway<br>Lubbock, TX 79407 |
| **Spouse Name Not Entered** | **City Bank**<br>5219 City Bank Parkway<br>Lubbock, TX 79407 |
| **Spouse Name Not Entered** | **DCFS USA LLC**<br>36455 Corporate Dr<br>Farmington Hills, MI 48331 |
| **Spouse Name Not Entered** | **Dennis A. Dressler**<br>Dressler & Peters, LLC<br>111 W. Washington, Ste. 1900<br>Chicago, IL 60602 |
| **Spouse Name Not Entered** | **Dominique Varner**<br>Hughes, Watters & Askanase, LLP<br>333 Clay, 29th Floor<br>Houston, TX 77002 |
| **Spouse Name Not Entered** | **FIA CSNA**<br>P O Box 26012,<br>NC4-105-02-77<br>Greensboro, NC 27410 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   <u>**10-35770-H4-11**</u>
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Foreman Glass & Mirror**<br>c/o Charles H. Portz III<br>Portz & Portz<br>1314 Texas Ave., #1001<br>Houston, TX 77002 |
| **Spouse Name Not Entered** | **HCB Mechanical, Inc.**<br>13217 Weiman Rd.<br>Houston, TX 77041 |
| **Spouse Name Not Entered** | **Headwaters Construction Materials**<br>c/o Andrew McCormick<br>McCormick McNeal Edler & Williams LP<br>5909 West Loop South, Ste. 550<br>Houston, TX 77401 |
| **Spouse Name Not Entered** | **Imperial Capital Bank**<br>700 N. Central Ave<br>Glendale, CA 91203 |
| **Spouse Name Not Entered** | **Imperial Capital Bank**<br>700 N. Central Ave<br>Glendale, CA 91203 |
| **Spouse Name Not Entered** | **Independence Bank, NA**<br>P.O. Box 550289<br>Houston, TX 77255 |
| **Spouse Name Not Entered** | **Independence Bank, NA**<br>P.O. Box 550289<br>Houston, TX 77255 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                                        Case No.   **10-35770-H4-11**
                                                                                           (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Indy Mac**<br>JPMorgan Chase<br>12750 Merit Dr<br>Dallas, TX 75251 |
| **Spouse Name Not Entered** | **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 |
| **Spouse Name Not Entered** | **J. Hans Barcus**<br>Cantrell, Ray & Barcus LLP<br>P.O. Box 1019<br>Huntsville, TX 77342-1019 |
| **Spouse Name Not Entered** | **James R. Ballard**<br>Schwartz Semerdjian Haile Ballard LLP<br>101 West Broadway, Ste. 810<br>San Diego, CA 92101 |
| **Spouse Name Not Entered** | **John H. Bennett, Jr.**<br>Attorney at Law<br>2777 Allen Pkwy, Ste. 1000<br>Houston, TX 77019 |
| **Spouse Name Not Entered** | **John R. Gladney**<br>6901 Corporate Drive, Suite 111<br>Houston, TX 77036 |
| **Spouse Name Not Entered** | **Lange Mechanical Services, L.P.**<br>c/o Ciano Pasta<br>5718 Westheimer, Suite 940<br>Houston, TX 77057 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                                    Case No.  <u>**10-35770-H4-11**</u>
                                                                              (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Lawrence L. Huelbig**<br>Haynes & Boone, LLP<br>1 Houston Center<br>1221 McKinney, Ste 2100<br>Houston, TX 77002 |
| **Spouse Name Not Entered** | **Lee & Assoc. Commercial Real Est. Inc**<br>5872 Ownes Ave., Ste 200<br>Carlisbad, CA 92008 |
| **Spouse Name Not Entered** | **Michael Hicks**<br>Mullin Hoard & Brown. LLP<br>P.O. Box 2585<br>Lubbock, TX 79408-2585 |
| **Spouse Name Not Entered** | **Michael J. Smith**<br>Chernosky, Smith, Ressling & Smith PLLC<br>4646 Wild Indigo, Suite 110<br>Houston, TX 77027 |
| **Spouse Name Not Entered** | **National Loan Investors, L.P.**<br>3030 Northwest Expressway St, Suite 1313<br>Oklahoma City, OK 73112 |
| **Spouse Name Not Entered** | **North Houston Bank**<br>P O Box 11626<br>Houston, TX 77293 |
| **Spouse Name Not Entered** | **Onewest Bank**<br>One National City<br>Kalamazoo, MI 49009 |

B6H (Official Form 6H) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                          (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 6*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Patriot Bank**<br>7500 San Felipe St, Ste 1<br>Houston, TX 77063 |
| **Spouse Name Not Entered** | **Pennbridge Orchard Plaza S, L.P.**<br>c/o John R. Gilbert<br>Gilbert & Gilbert<br>P.O. Box 1819<br>Angleton, TX 77515 |
| **Spouse Name Not Entered** | **Regions Bank**<br>c/o Ann Marie Laney Hill<br>McGlinchey Stafford PLLC<br>1001 McKinney St. Ste. 1500<br>Houston, TX 77002 |
| **Spouse Name Not Entered** | **Richard L. Crozier**<br>Davidson & Troilo<br>919 Congress Ave., Ste. 810<br>Austin, TX 78701 |
| **Spouse Name Not Entered** | **SCS Construction Management, Inc.**<br>c/o J. Hans Barcus<br>Cantrell, Ray & Barcus, LLP<br>P.O. Box 1019<br>Huntsville, TX 77342 |
| **Spouse Name Not Entered** | **Steven J. Lownds**<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 |
| **Spouse Name Not Entered** | **W. Jeff Paradowski**<br>Law Offices of W. Jeff Paradowski<br>1604 Copperfield Parkway<br>College Station, TX 77845 |

B6H (Official Form 6H) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 7*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Wells Fargo Bank, NA**<br>c/o Steven J. Lownds<br>Quilling Selander Cummiskey & Lownds PC<br>2001 Bryan St. Ste. 1800<br>Dallas, TX 75201 |

B6I (Official Form 6I) (12/07)

In re  **John H. Hamilton Sr.**                                        Case No.   __10-35770-H4-11__
                                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Separated** | Relationship(s):  Spouse<br>Daughter | Age(s): 54<br>16 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Independant Contractor<br><br>1 month | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2.   Estimate monthly overtime | $0.00 | |
| 3.   SUBTOTAL | $0.00 | |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|      b. Social Security Tax | $0.00 | |
|      c. Medicare | $0.00 | |
|      d. Insurance | $0.00 | |
|      e. Union dues | $0.00 | |
|      f. Retirement | $0.00 | |
|      g. Other (Specify) _____ | $0.00 | |
|      h. Other (Specify) _____ | $0.00 | |
|      i. Other (Specify) _____ | $0.00 | |
|      j. Other (Specify) _____ | $0.00 | |
|      k. Other (Specify) _____ | $0.00 | |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.   Income from real property | $0.00 | |
| 9.   Interest and dividends | $0.00 | |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>      that of dependents listed above | $0.00 | |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | |
| 12.  Pension or retirement income | | |
| 13.  Other monthly income (Specify): | | |
|      a. monthly income on 6 month contract _____ | $22,500.00 | |
|      b._____ | $0.00 | |
|      c._____ | $0.00 | |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $22,500.00 | |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $22,500.00 | |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $22,500.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Contract for present income is for 6 months then terminates. Previously paid living expenses with funds borrowed from family members over 1 year ago.**

B6J (Official Form 6J) (12/07)

IN RE:   **John H. Hamilton Sr.**                                    Case No.   __10-35770-H4-11__
                                                                                                        (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $4,750.00 |
|    a. Are real estate taxes included?   ☐ Yes   ☒ No | |
|    b. Is property insurance included?   ☐ Yes   ☒ No | |
| 2. Utilities:   a. Electricity and heating fuel | $1,800.00 |
|                      b. Water and sewer | $265.00 |
|                      c. Telephone | $350.00 |
|                      d. Other:   Cable | $220.00 |
| 3. Home maintenance (repairs and upkeep) | $475.00 |
| 4. Food | $575.00 |
| 5. Clothing | $250.00 |
| 6. Laundry and dry cleaning | $175.00 |
| 7. Medical and dental expenses | $250.00 |
| 8. Transportation (not including car payments) | $600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $210.00 |
| 10. Charitable contributions | $100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|                      a. Homeowner's or renter's | $845.00 |
|                      b. Life | |
|                      c. Health | $439.00 |
|                      d. Auto | $416.00 |
|                      e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $3,000.00 |
| Specify: Income Tax payments | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|                      a. Auto:   2007 Mercedes 450 GL | $1,465.00 |
|                      b. Other:   2009 Lincoln MKS | $724.00 |
|                      c. Other:   HOA | $150.00 |
|                      d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$17,059.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $22,500.00 |
| b. Average monthly expenses from Line 18 above | $17,059.00 |
| c. Monthly net income (a. minus b.) | $5,441.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **John H. Hamilton Sr.**

Case No.    **10-35770-H4-11**

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,700,000.00 | | |
| B - Personal Property | Yes | 7 | $86,186.00 | | |
| C - Property Claimed as Exempt | Yes | 7 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $2,024,867.77 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $50,019,568.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $22,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $17,059.00 |
| TOTAL | | 42 | $1,786,186.00 | $52,044,436.63 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re   **John H. Hamilton Sr.**

Case No.   **10-35770-H4-11**

Chapter   **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **John H. Hamilton Sr.**                                                                    Case No.   **10-35770-H4-11**
                                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**44**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **07/20/2010**                                           Signature   **/s/ John H. Hamilton Sr.**
                                                                                         *John H. Hamilton Sr.*


Date _____                          Signature _____

                                                                     [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                      Case No.   **10-35770-H4-11**
                                                                                                 (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None ☐
### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$51,273.00** | **2007 joint wages** |
| **$14,773,809.00** | **2007 gross income Conserv Tech LLC** |
| **$1,696,485.00** | **2007 gross income from Construction Services Technology** |
| **$3,507,811.34** | **2008 gross income Conserv Tech LLC** |

---

None ☐
### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$336,747.00** | **2007 joint interest earned** |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐
a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Onewest Bank**<br>**One National City**<br>**Kalamazoo, MI 49009** | **4-7-10** | **$40,000.00** | **$1,999,007.00** |
| **Chase Auto**<br>**201 N. Walnut St # De1-10**<br>**Wilmington, DE 19801** | **4-15-10, 5-15-10 and 06-15-10 each payment was $1465.00** | **$4,395.00** | **$25,860.77** |

---

None ☑
b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                   Case No.   <u>10-35770-H4-11</u>
                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑   c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Case No. 4:09-CV-00602; Center Capital Corporation v. Chocolate Chip Aviation, LLC, et al | collections | U.S. District Court, Southern District of Texas, Houston Division, | pending |
| Case No. 2007-60070; Rodney DeWalt v. Option 1 Realty Group, Briar Forest Plaza, L.P., John Hamilton, Lee Murphy, James "Jim" Fields, Citibank Texas, N.A. | | 281st Judicial District Court, Harris County, Texas | |
| Case No. 08-DCV-167843; Fort Bend County v. John Hamilton, et al | | 434th Judicial District, Fort Bend County, Texas | |
| Case No. 2005-72,944; Suntree Realty Partners, L.P. vs. Mason Road Trust, Joe Kilgore, John Hamilton & Alan Goldsmith | | 129th Judicial District, Harris County, Texas | |
| Case No. 2009-16309; Cathay Holdings 3, LLC. v. Mission Mercado, LP, John Hamilton, Option 1 Realty Group, LP, and Option 1 Realty Management Group, LLC | | In the 333rd Judicial District Court, Harris County, Texas | |
| Case No. 2009-14046; Compass Bank v. Jones Road Plaza Trust & John Hamilton | | 129th Judicial District Court; Harris County, Texas | |
| Case No. 46553; Pennbridge Orchard Plaza S., LP, et al v. Silver Lake Road, LP and John Hamilton | | 149th Judicial District Court, Brazoria County, Texas | |
| Case No. 2007-61773; United Partners Group, LLC. v. Option 1 Realty Group, LP and John Hamilton, Individually | | 61st Judicial District, Harris County, Texas | |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                          Case No.   **10-35770-H4-11**
                                                                         (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

**Case No. 2009-09860; Wells Fargo Bank, N.A. as Trustee For The Registered Holders of Wachovia Bank Commercial Mortgage Trust, Cmmercial Mortgage Pass-Through Certificates Series 2006-C23 v. Windsor At Grand Parkway, LP, Barry Chapman and John Hamilton**

**In the 333rd Judicial District Court, Harris County, Texas**

**Case No. 2009-64170; K&H Group LLC, and Alex Yanez v. John Hamilton**

**In the 125th Judicial District Court, Harris County, Texas**

**Case No. 2008-59247; SCS Construction Management, Inc. v. John Hamilton and Conserv Tech, LLC**

**295th Judicial District Court, Harris County, Texas**

**Case No. 2008-35817; Regions Bank v. French Creek Plaza, LP and John Hamilton**

**151st Judicial District Court, Harris County, Texas**

**Case No. 900,519-801; Headwaters Construction Materials v. Conserv Tech, LLC and John Hamlton, Defendants and Citibank, N.A., Garnishee**

**In the County Civil Court at Law No. 3, Harris County, Texas**

**Case No. 2009-12941; Citibank, N.A. f/k/a Citibank Texas, N.A. v. John Hamilton**

**11th Judicial District Court, Harris County, Texas**

**Case No. 2007-63801; Bay Area Windham Park, LLC v. Diesel Innovations, Inc.; Davit Lott; NW 1960 Windfern, LP, a Texas Limited Partnership; and John Hamilton, Individually and as General Partner of NW 1960 Windfern, LP**

**In the 269th Judicial District Court, Harris County, Texas**

**Case No. 2009-550,115; City Bank v. John H. Hamilton**

**In the 99th District Court, Lubbock County, Texas**

**Case No. 37-2009-00103904-CU-BC-CT; Lee & Associates Commercial Real Estate, Inc. v. Grand Parkway Katy Village, L.P.A., John Hamilton**

**In the Superior Court of California, County of San Diego**

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**

                                                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

| | | |
|---|---|---|
| **Case No. 2009-72893; Independence Bank, N.A. v. Automobile One Collectibles, LP and John H. Hamilton** | | **In the 281st Judicial District Court, Harris County, Texas** |
| **Case No. 2007-77445; Tracy Nguyen, James Nguyen, Atva Investment, Inc. and Marina Bay Management, LLC v. John Hamilton, 45 South Plaza, L.P., Option 1 Realty Group, Linda Phillips, Thomas Barnes, Unclaimed Freight a/k/a T.J. Delivery, Inc., Gallery of Kids and Furniture and Jams Fields** | | **In the 280th Judicial District Court, Harris County, Texas** |
| **Case No. 2008-59659; National Loan Investors, L.P. v. John Hamilton** | | **In the 270th Judicial District Court, Harris County, Texas** |
| **Case No. 935,141; HCB Mechanical, Inc., et al v. OPI-Reno, L.P. & John H. Hamilton** | | **In the County Court at Law No. 3, Harris County, Texas** |
| **Case No. 935140-001; Foreman Glass & Mirror, HCB Mechanical, Inc., Volt Master Elec Inc. v. John Hamilton, OP1** | | **In the County Court at Law No. 3, Harris County, Texas** |
| **Case No. 2008-63195; Lange Mechanical Services, L.P. v. Conserv Tech LLC, Option 1 Realty Management Group, LLC and Grand Parkway Katy Village, LP** | | **In the 133rd Judicial District Court, Harris County, Texas** |
| **Case No. 08-DCV-167778; In the Matter of the Marriage of Patricia Louise Hamilton and John Hugh Hamilton, Sr. and in the Interest of Alexis Reed Hamilton, a Child** | **Divorce Proceeding** | **In the 328th Judicial District Court, Fort Bend County, Texas** |

None
☑    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None
☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                          Case No.   **10-35770-H4-11**
                                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Orlando & Braun LLP**<br>**3401 Allen Parkway**<br>**Suite 101**<br>**Houston, TX 77019** | **07/06/2010** | **$8,000.00** |
| **Money Management, Inc.** | **03-11-10** | **50.00** |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                                    Case No.   **10-35770-H4-11** _____

                                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

---

None
☑

**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None
☐

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Patricia L. Hamilton- current spouse- presently involved in divorce**

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☑   ## 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:  **John H. Hamilton Sr.**

Case No.  **10-35770-H4-11**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

None ☑  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                                    Case No.   **10-35770-H4-11**
                                                                                                          (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 8*

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **John H. Hamilton Sr.**                                   Case No.   **10-35770-H4-11**
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 9*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **07/20/2010**                               Signature _____ **/s/ John H. Hamilton Sr.** _____
                                                       of Debtor        *John H. Hamilton Sr.*

Date _____          Signature _____
                                                       of Joint Debtor
                                                       (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 201B (Form 201B)  (12/09)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **John H. Hamilton Sr.**

Case No.  **10-35770-H4-11**

Chapter    **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **John H. Hamilton Sr.** | X  **/s/ John H. Hamilton Sr.**                    **07/20/2010** |
| | Signature of Debtor                            Date |
| Printed Name(s) of Debtor(s) | X |
| Case No. (if known)  **10-35770-H4-11** | Signature of Joint Debtor (if any)                Date |

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I,_____**Calvin Braun**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Calvin Braun**

Calvin Braun, Attorney for Debtor(s)
Bar No.: 00783713
Orlando & Braun LLP
3401 Allen Parkway
Suite 101
Houston, TX 77019
Phone: (713) 521-0800
Fax: (713) 521-0842
E-Mail: calvinbraun@orlandobraun.com

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 201A (Form 201A)  (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:   Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **John H. Hamilton Sr.**                                          CASE NO   **10-35770-H4-11**

                                                                                          CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Hourly: Estimated Total | **$0.00** |
| Prior to the filing of this statement I have received: | | **$8,000.00** |
| Balance Due: | Hourly: Approximately | **($8,000.00)** |

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Any and all representation of Debtor(s) in contested proceeding(s) and/or adversary proceeding(s).**

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| | |
|---|---|
| __07/20/2010__ | **/s/ Calvin Braun** |
| *Date* | *Calvin Braun*                                    Bar No.  00783713 |
| | Orlando & Braun LLP |
| | 3401 Allen Parkway |
| | Suite 101 |
| | Houston, TX 77019 |
| | Phone: (713) 521-0800 / Fax: (713) 521-0842 |
| | calvinbraun@orlandobraun.com |

---

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **John H. Hamilton Sr.**

Case No.   **10-35770-H4-11**

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Citibank N.A. fka Citibank Texas, NA<br>c/o Karl Burrer<br>Haynes & Boone, LP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$19,217,009.76** |
| North Houston Bank<br>P O Box 11626<br>Houston, TX 77293 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$8,427,837.00** |
| Imperial Capital Bank<br>700 N. Central Ave<br>Glendale, CA 91203 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$8,214,769.00** |
| City Bank<br>5219 City Bank Parkway<br>Lubbock, TX 79407 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$7,792,021.40** |
| Center Capital Corporation<br>3 Famr Glen Blvd.<br>Farmington, CT 06032 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$1,887,089.99** |
| Regions Bank<br>c/o Ann Marie Laney Hill<br>McGlinchey Stafford PLLC<br>1001 McKinney St. Ste. 1500<br>Houston, TX 77002 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$1,500,000.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **John H. Hamilton Sr.**                            Case No.   **10-35770-H4-11**

                                                            Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| City Bank<br>5219 City Bank Parkway<br>Lubbock, TX 79407 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$701,076.86** |
| Patriot Bank<br>7500 San Felipe St, Ste 1<br>Houston, TX 77063 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$634,759.00** |
| SCS Construction Management, Inc.<br>c/o J. Hans Barcus<br>Cantrell, Ray & Barcus, LLP<br>P.O. Box 1019<br>Huntsville, TX 77342 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$450,000.00** |
| Bay Area Windham Park LLC<br>c/o Ross Spence<br>Snow Fogel Spence LLP<br>2929 Allen Parkway, Ste. 4100<br>Houston, TX 77019 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$350,000.00** |
| Independence Bank, NA<br>P.O. Box 550289<br>Houston, TX 77255 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$341,907.41** |
| City Bank<br>5219 City Bank Parkway<br>Lubbock, TX 79407 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$132,239.91** |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | | 1040 Taxes | | **$87,074.10** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**

                                                                     Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Independence Bank, NA<br>P.O. Box 550289<br>Houston, TX 77255 | | Misc. Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$79,808.20** |
| Citibank N.A. fka Citibank Texas, NA<br>c/o Karl Burrer<br>Haynes & Boone, LP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 | | Attorney Fees | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$79,315.00** |
| Imperial Capital Bank<br>700 N. Central Ave<br>Glendale, CA 91203 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$43,785.00** |
| DCFS USA LLC<br>36455 Corporate Dr<br>Farmington Hills, MI 48331 | | Misc. goods and services | | **$19,086.00** |
| Headwaters Construction Materials<br>c/o Andrew McCormick<br>McCormick McNeal Edler & Williams LP<br>5909 West Loop South, Ste. 550 | | Personal Guarantee- Business Debt | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$18,000.00** |
| Chase<br>Bank One Card Services<br>Westerville, OH 43081 | | Misc. goods and services | | **$14,037.00** |
| Glen Lowenstein<br>P. O. Box 31339<br>Houston, Texas 77231 | | Services | | **$12,500.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **John H. Hamilton Sr.**

Case No.   **10-35770-H4-11**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**07/20/2010**_____        Signature:___**/s/ John H. Hamilton Sr.**_____
                                                                                    ***John H. Hamilton Sr.***

_____

**B22B (Official Form 22B) (Chapter 11) (01/08)**

In re: **John H. Hamilton Sr.**

Case Number:  **10-35770-H4-11**

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|
| | **Marital/filing status.**  Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐  Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b.  ☑  Married, not filing jointly.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c.  ☐  Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><br>a.  Gross receipts — $0.00<br>b.  Ordinary and necessary business expenses — $0.00<br>c.  Business income — Subtract Line b from Line a. | $0.00 | |
| 4 | **Net rental and other real property income.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><br>a.  Gross receipts — $0.00<br>b.  Ordinary and necessary operating expenses — $0.00<br>c.  Rent and other real property income — Subtract Line b from Line a. | $0.00 | |
| 5 | **Interest, dividends, and royalties.** | $0.00 | |
| 6 | **Pension and retirement income.** | $0.00 | |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**   Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $0.00 | |
| 8 | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $1,138.67 — Spouse | $0.00 | |
| 9 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page.  Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.<br>b. | $0.00 | |

**B22B (Official Form 22B) (Chapter 11) (01/08)**

| | | | |
|---|---|---|---|
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | **$0.00** | |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | **$0.00** |

| | | |
|---|---|---|
| | **Part II: VERIFICATION** | |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  __07/20/2010__          Signature:  __/s/ John H. Hamilton Sr.__<br>                                                                   **John H. Hamilton Sr.**<br><br>Date: _____          Signature:  _____<br>                                                                            (Joint Debtor, if any) | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

## Current Monthly Income Calculation Details

In re: **John H. Hamilton Sr.**

Case Number: **10-35770-H4-11**
Chapter: **11**

**8a.  Unemployment compensation claimed to be a benefit under the Social Security Act.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **State Unemployment** | | | | | | |
| | $0.00 | $0.00 | $1,708.00 | $1,708.00 | $1,708.00 | $1,708.00 | **$1,138.67** |