B6B (Official Form 6B) (12/07)

In re  **John H. Hamilton Sr.**                                      Case No.   **10-35770-H4-11**
                                                                              (if known)

*2nd AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking- Woodforest National Bank | W | Unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | golden tee machine | C | $300.00 |
| | | Vitrine | C | $200.00 |
| | | 10 animal heads-<br>(1) Sheep-$300.00, (2) Ealguy-$400.00,<br>(3) Antelope-$250.00, (4) White Tail Deer-$350.00<br>(5) Muflon Deer- $350.00 (6) Muflon Deer-$350.00<br>(7) Sheep-$300.00 (8) Ibex-$350.00<br>(9) White Tail Deer-$350.00 (10) Muflon Deer-$350.00 | C | $3,350.00 |
| | | 4 televisons set | C | $1,000.00 |
| | | 2 bar sets | C | $500.00 |
| | | blackjack table | C | $1,500.00 |
| | | pool table | C | $3,000.00 |
| | | 2 leather chairs | C | $100.00 |
| | | jukebox | C | $1,500.00 |
| | | harley davidson pump | C | $1,200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   <u>10-35770-H4-11</u>
                                                                                      (if known)

*2nd AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | harley davidson refrigerator | C | $500.00 |
| | | stuffed bear | C | $300.00 |
| | | chaise lounge | C | $250.00 |
| | | wicker furniture set | C | $250.00 |
| | | medicine chest | C | $50.00 |
| | | pair of bronze giraffe | C | $225.00 |
| | | bedroon set with bench and (2) lamps | C | $500.00 |
| | | bedroom set with (2) nightstands | C | $500.00 |
| | | rocker | C | $75.00 |
| | | recliner | C | $75.00 |
| | | trunk chest | C | $50.00 |
| | | four poster bedroom set | C | $500.00 |
| | | queen bedroom set | C | $300.00 |
| | | (3) living room sets | C | $350.00 |
| | | (2) double door refrigerators | C | $250.00 |
| | | washer and dryer | C | $200.00 |
| | | gym equiptment | C | $250.00 |
| | | (4) bar stools | C | $150.00 |
| | | dinette set | C | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.  <u>10-35770-H4-11</u>
                                                                            (if known)

### *2nd AMENDED*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | coffee table | C | $75.00 |
| | | sectional sofa set | C | $175.00 |
| | | executive desk | C | $1,000.00 |
| | | oriental rug | C | $350.00 |
| | | (2) leather chairs | C | $150.00 |
| | | globe | C | $75.00 |
| | | round table | C | $100.00 |
| | | round rug | C | $75.00 |
| | | table with (8) chairs | C | $3,000.00 |
| | | china cabinet | C | $750.00 |
| | | oriental rug | C | $300.00 |
| | | (2) sofas | C | $150.00 |
| | | (2) chairs | C | $100.00 |
| | | coffee table | C | $500.00 |
| | | oriental rug | C | $300.00 |
| | | Three piece bedroom set | C | $1,500.00 |
| | | (2) chairs | C | $150.00 |
| | | bench | C | $75.00 |
| | | recliner | C | $150.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                          Case No.   **10-35770-H4-11**
                                                                                    (if known)

*2nd AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | sewing table | C | $235.00 |
| | | (2) sofa chairs | C | $125.00 |
| | | popcorn machine | C | $300.00 |
| | | wall table | C | $100.00 |
| | | poker table | C | $300.00 |
| | | tv set | C | $300.00 |
| | | twin bed | C | $75.00 |
| | | (4) sets outdoor furniture | C | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | various family photos. | C | $100.00 |
| 6. Wearing apparel. | | Debtors clothing | C | $500.00 |
| | | Non-filing spouses | C | $1,500.00 |
| 7. Furs and jewelry. | | wedding band | C | $400.00 |
| | | non-filing spouse wedding ring | C | $2,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                              (if known)

*2nd AMENDED*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% interest in Conserv Tech, LLC- closed company | C | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                    (if known)

*2nd AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Hamilton Family Trust- beneficiary of | H | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                    (if known)

### 2nd AMENDED
# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Lincoln Navigator | C | $1,000.00 |
| | | 2005 Mercedes SL 500 | W | $4,500.00 |
| | | 2007 Mercedes 450GL | H | $26,000.00 |
| | | 2009 Lincoln MKS | W | $24,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

____6____ continuation sheets attached          **Total  >**     **$88,536.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **John H. Hamilton Sr.**                         Case No.   **10-35770-H4-11**
                                                                        (If known)

*2nd AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 33203 West Haddon Court, Fulshear, Texas 77076 Weston Lakes Sec 4, Blk 14, Lot 14, R/P, an addition in Fort Bend County. | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $1,700,000.00 |
| golden tee machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Vitrine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| 10 animal heads- (1) Sheep-$300.00, (2) Ealguy-$400.00, (3) Antelope-$250.00, (4) White Tail Deer-$350.00 (5) Muflon Deer- $350.00 (6) Muflon Deer-$350.00 (7) Sheep-$300.00 (8) Ibex-$350.00 (9) White Tail Deer-$350.00 (10) Muflon Deer-$350.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,350.00 | $3,350.00 |
| 4 televisons set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| 2 bar sets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| blackjack table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$6,850.00** | **$1,706,850.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                           Case No.   **10-35770-H4-11**
                                                                                      (If known)

*2nd AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| pool table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,000.00 | $3,000.00 |
| 2 leather chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| jukebox | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| harley davidson pump | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,200.00 | $1,200.00 |
| harley davidson refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| stuffed bear | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| chaise lounge | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| wicker furniture set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| medicine chest | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| pair of bronze giraffe | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $225.00 | $225.00 |
| bedroon set with bench and (2) lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| bedroom set with (2) nightstands | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| rocker | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
|  |  | **$15,300.00** | **$1,715,300.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **John H. Hamilton Sr.**                                Case No.   **10-35770-H4-11**
                                                                        (If known)

*2nd AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| recliner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| trunk chest | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| four poster bedroom set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| queen bedroom set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| (3) living room sets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| (2) double door refrigerators | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| washer and dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| gym equiptment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| (4) bar stools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| dinette set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| coffee table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| sectional sofa set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $175.00 | $175.00 |
| executive desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| | | **$18,875.00** | **$1,718,875.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                    Case No.   __10-35770-H4-11__
                                                                                  (If known)

*2nd AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| oriental rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 | $350.00 |
| (2) leather chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| globe | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| round table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| round rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| table with (8) chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,000.00 | $3,000.00 |
| china cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $750.00 | $750.00 |
| oriental rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| (2) sofas | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| (2) chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| coffee table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| oriental rug | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Three piece bedroom set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| | | **$26,225.00** | **$1,726,225.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                                      Case No.   **10-35770-H4-11**
                                                                                    (If known)

*2nd AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (2) chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| bench | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| recliner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| sewing table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $235.00 | $235.00 |
| (2) sofa chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $125.00 | $125.00 |
| popcorn machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| wall table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| poker table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| tv set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| twin bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| (4) sets outdoor furniture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| various family photos. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Debtors clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| | | **$29,135.00** | **$1,729,135.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **John H. Hamilton Sr.**                              Case No.   **10-35770-H4-11**
                                                                        (If known)

*2nd AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Non-filing spouses | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $1,500.00 | $1,500.00 |
| wedding band | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $400.00 | $400.00 |
| non-filing spouse wedding ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,000.00 | $2,000.00 |
| 2005 Mercedes SL 500 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,500.00 | $4,500.00 |
| 2007 Mercedes 450GL | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $139.23 | $26,000.00 |
| 2009 Lincoln MKS | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $1,000.00 | $24,000.00 |
| | | **$38,674.23** | **$1,787,535.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **John H. Hamilton Sr.**                          CASE NO   **10-35770-H4-11**

                                                          CHAPTER   **11**

*2nd AMENDED*
## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,700,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 | $0.00 | $0.00 | $28,635.00 | $0.00 | $28,635.00 | $28,635.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $0.00 | $0.00 | $0.00 | $2,400.00 | $0.00 | $2,400.00 | $2,400.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $139.23 | $5,500.00 | $0.00 | $0.00 | $0.00 | $5,639.23 | $54,500.00 |

B6F (Official Form 6F) (12/07)

In re    **John H. Hamilton Sr.**                           Case No.   **10-35770-H4-11**
                                                                        (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Alex Yanez**<br>**7135 Majestic Oaks**<br>**Houston, TX 77040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS:<br>**Frivilous lawsuit- Creditors claims causes of action for mental anguish and assault.** | X | X | X | **$1.00** |
| **Representing:**<br>**Alex Yanez** | | | **Jeffrey C. Jackson**<br>**Jeffrey C. Jackson PLLC**<br>**720 Bayland Ave**<br>**Houston, TX 77009** | | | | **Notice Only** |
| ACCT #:<br>**Andrew M. Caplan**<br>**Weycer, Kaplan, Pulaski & Zuber PC**<br>**Eleven Greenway Plaza, Ste. 1400**<br>**Houston, TX 77046** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**ATVA Investments, Inc**<br>**c/o John R. Gladney**<br>**6901 Corporate Drive, Suite 111**<br>**Houston, TX 77036** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS:<br>**Litigation related to lease. Not proper party.** | X | X | X | **$1.00** |
| ACCT #:  **xxxx-4199**<br>**Bank of America**<br>**BAC/Fleet Bankcard**<br>**P O Box 26012**<br>**Greensboro, NC 27420** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. goods and services**<br>REMARKS: | | | | **$9,480.00** |
| ACCT #:<br>**Bank of America, NA**<br>**c/o Steven J. Lownds**<br>**Quilling Selander Cummiskey & Lownds PC**<br>**2001 Bryan St. Ste. 1800**<br>**Dallas, TX 75201** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS:<br>**Successor to Wells Fargo Bank, N.A.** | | | | **$1.00** |
| | | | Subtotal > | | | | **$9,484.00** |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**14**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                                        Case No.  **10-35770-H4-11**
                                                                                    (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Bank of America, NA** | | | Steven J. Lownds **Quilling, Selander, Cummiskey & Lownds** **2001 Bryan Street, Suite 1800** **Dallas, TX 75201** | | | | **Notice Only** |
| ACCT #: **Bay Area Windham Park LLC** **c/o Ross Spence** **Snow Fogel Spence LLP** **2929 Allen Parkway, Ste. 4100** **Houston, TX 77019** | C | | DATE INCURRED: CONSIDERATION: **Personal Guarantee- Business Debt** REMARKS: **Agreement by parties as to claim amount.** | | | | **$350,000.00** |
| **Representing:** **Bay Area Windham Park LLC** | | | Ross Spence **Snow Fogel Spence, LLP** **2929 Allen Parkway, Suite 4100** **Houston, TX 77019** | | | | **Notice Only** |
| ACCT #: **Cathay Bank** **c/o Locke Lord Bissell & Liddell LLP** **100 Congress Avenue, Suite 300** **Austin, TX 78701-4042** | C | | DATE INCURRED: CONSIDERATION: **Judgments** REMARKS: | | | | **$1,082,523.60** |
| ACCT #: **Cathay Holdings 3, LLC** **c/o Barbara Ellis** **Locke Lord Bissell & Liddell LLP** **100 Congress Ave. Ste. 300** **Austin, TX 78701** | - | | DATE INCURRED: CONSIDERATION: **Judgments** REMARKS: | | | | **$7,496,708.57** |
| **Representing:** **Cathay Holdings 3, LLC** | | | Barbara Ellis **Kent Hoffman** **Locke Lord Bissell & Liddell LLP** **100 Congress Avenue, Suite 300** **Austin, TX 78701** | | | | **Notice Only** |

Sheet no. ____1____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$8,929,232.17**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                    Case No.   **10-35770-H4-11**
                                                              (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Cathay Holdings 3, LLC** | | | **Vijay A. D'Cruz Locke Lord Bissell & Liddell, LLP 600 Travis, Suite 3400 Houston, TX 77002-3095** | | | | **Notice Only** |
| ACCT #: **Center Capital Corporation 3 Famr Glen Blvd. Farmington, CT 06032** | C | | DATE INCURRED: CONSIDERATION: **Law Suit** REMARKS: **Claim amount per filed POC. Suit on personal guarantee, counter-claim for wrongful foreclosure.** | X | X | X | **$1,315,620.08** |
| **Representing: Center Capital Corporation** | | | **Dennis A. Dressler Dressler & Peters, LLC 111 W. Washington, Ste. 1900 Chicago, IL 60602** | | | | **Notice Only** |
| **Representing: Center Capital Corporation** | | | **Richard L. Crozier Davidson & Troilo 919 Congress Ave., Ste. 810 Austin, TX 78701** | | | | **Notice Only** |
| ACCT #: **Chamberlin Roofing and Waterproofing c/o McCormick, Hancock & Newton 1900 West Loop south, Suite 700 Houston, Texas 77027** | - | | DATE INCURRED: CONSIDERATION: **Personal Guarantee- Business Debt** REMARKS: **Breach of Contract counterclaim by Debtor** | | X | X | **$4,000.00** |
| ACCT #: **xxxx-7482** **Chase Bank One Card Services Westerville, OH 43081** | C | | DATE INCURRED: CONSIDERATION: **Misc. goods and services** REMARKS: | | | | **$14,037.00** |

Sheet no. ___**2**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,333,657.08**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                  Case No.   **10-35770-H4-11**
                                                                              (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Chocolate Chip Aviation**<br>**1388 Flightline Dr.**<br>**Spring Branch, TX 78070** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS:<br>**Related to Center Capital Corporation litigation** | | | X | **$1,315,620.08** |
| ACCT #:<br>**Cinco Residential Property Association,**<br>**611 Houston Street**<br>**Richmond, TX 77469** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | | | | **$4,689.21** |
| **Representing:**<br>**Cinco Residential Property Association,** | | | **M.E. Duff & Associations, L.P.**<br>**611 Houston Street**<br>**Richmond, TX 77469** | | | | **Notice Only** |
| ACCT #:<br>**CIT Technology Financing Services, Inc.**<br>**c/o Bankruptcy Processing Solutions, Inc**<br>**800 E. Sonterra Blvd., Suite 420**<br>**San Antonio, TX 78258** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | | | | **$810.23** |
| ACCT #:<br>**Citibank N.A. fka Citibank Texas, NA**<br>**c/o Karl Burrer**<br>**Haynes & Boone, LP**<br>**1221 McKinney, Ste. 2100**<br>**Houston, TX 77010** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | | | | **$19,217,009.76** |
| **Representing:**<br>**Citibank N.A. fka Citibank Texas, NA** | | | **Lawrence L. Huelbig**<br>**Haynes & Boone, LLP**<br>**1 Houston Center**<br>**1221 McKinney, Ste 2100**<br>**Houston, TX 77002** | | | | **Notice Only** |

Sheet no. ____3____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                                                     **$20,538,129.28**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                        (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Citibank N.A. fka Citibank Texas, NA** <br> **c/o Karl Burrer** <br> **Haynes & Boone, LP** <br> **1221 McKinney, Ste. 2100** <br> **Houston, TX 77010** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | **$79,315.00** |
| ACCT #:  **xxx351** <br> **City Bank** <br> **5219 City Bank Parkway** <br> **Lubbock, TX 79407** | X | C | DATE INCURRED: <br> CONSIDERATION: <br> **Judgments** <br> REMARKS: <br> **Personal guarantee** | | | | **$8,740,201.23** |
| **Representing:** <br> **City Bank** | | | **Michael Hicks** <br> **Mullin Hoard & Brown, LLP** <br> **P.O. Box 2585** <br> **Lubbock, TX 79408-2585** | | | | **Notice Only** |
| ACCT #: <br> **Civil-Surv Land Surveying** <br> **4710 Bellaire Blvd.** <br> **Suite 250** <br> **Bellaire, TX 77401** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. Business Debt** <br> REMARKS: | | | | **$500.00** |
| ACCT #: <br> **Compass Bank** <br> **c/o Michael J. Smith** <br> **Chernosky, Smith, Ressling & Smith PLLC** <br> **4646 Wild Indigo, Ste. 110** <br> **Houston, TX 77027** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantee- Business Debt** <br> REMARKS: | | | | **$2,450,492.62** |
| **Representing:** <br> **Compass Bank** | | | **Michael J. Smith** <br> **Chernosky, Smith, Ressling & Smith PLLC** <br> **4646 Wild Indigo, Suite 110** <br> **Houston, TX 77027** | | | | **Notice Only** |

Sheet no. ____**4**____ of ____**14**____ continuation sheets attached to            Subtotal >            **$11,270,508.85**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John H. Hamilton Sr.**                                                  Case No.   **10-35770-H4-11**
                                                                                                              (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-2568** <br> **DCFS USA LLC** <br> **36455 Corporate Dr** <br> **Farmington Hills, MI 48331** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. goods and services** <br> REMARKS: | | | | $19,086.00 |
| ACCT #: <br> **Escobedo Erectors** <br> **c/o Marcos & Associates, P.C.** <br> **228 Westheimer Road** <br> **Houston, Texas 77006** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: <br> **Fraudulent claims** | | X | X | $5,000.00 |
| ACCT #:  **xxxx-7339** <br> **FIA CSNA** <br> **P O Box 26012,** <br> **NC4-105-02-77** <br> **Greensboro, NC 27410** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. goods and services** <br> REMARKS: | | | | $6,930.00 |
| ACCT #: <br> **Foreman Glass & Mirror** <br> **c/o Charles H. Portz III** <br> **Portz & Portz** <br> **1314 Texas Ave., #1001** <br> **Houston, TX 77002** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | | | $1.00 |
| ACCT #: <br> **Glen Lowenstein** <br> **P. O. Box 31339** <br> **Houston, Texas 77231** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $12,500.00 |
| ACCT #: <br> **Golden Bank, N.A.** <br> **c/o Shannon, Martin, Finkelstein & Alvar** <br> **2400 Two Houston Center** <br> **909 Fannin Street** <br> **Houston, Texas 77010** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. Business Debt** <br> REMARKS: | | | | $700,000.00 |

Sheet no. _____**5**_____ of _____**14**_____ continuation sheets attached to                                  Subtotal >        **$743,517.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                    (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Greystone Builders, Inc.** <br> **c/o Wauson & Probus** <br> **One Sugar Creek Center Blvd., Suite 880** <br> **Sugarland, TX 77498** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Judgments** <br> REMARKS: | | | | **$245,049.26** |
| **Representing:** <br> **Greystone Builders, Inc.** | | | **Matthew B. Proubs** <br> **Wauson & Probus** <br> **One Sugar Creek Center Blvd., Suite 880** <br> **Sugar Land, TX 77478** | | | | **Notice Only** |
| ACCT #: <br> **HCB Mechanical, Inc.** <br> **13217 Weiman Rd.** <br> **Houston, TX 77041** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | | | **$1.00** |
| ACCT #: <br> **Headwaters Construction Materials** <br> **c/o Andrew McCormick** <br> **McCormick McNeal Edler & Williams LP** <br> **5909 West Loop South, Ste. 550** <br> **Houston, TX 77401** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantee- Business Debt** <br> REMARKS: | | | | **$18,000.00** |
| **Representing:** <br> **Headwaters Construction Materials** | | | **Andrew P. McCormick** <br> **McCormick, McNeel, Edler & Williams, LLP** <br> **5909 West Loop South, Suite 550** <br> **Houston, TX 77401** | | | | **Notice Only** |
| **Representing:** <br> **Headwaters Construction Materials** | | | **W. Jeff Paradowski** <br> **Law Offices of W. Jeff Paradowski** <br> **1604 Copperfield Parkway** <br> **College Station, TX 77845** | | | | **Notice Only** |

Sheet no. ____**6**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$263,050.26** |
| Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the <br> Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **John H. Hamilton Sr.**                                      Case No.    **10-35770-H4-11**
                                                                                    (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx-0001**<br>**Imperial Capital Bank**<br>**700 N. Central Ave**<br>**Glendale, CA 91203** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | | | | **$8,214,769.00** |
| ACCT #:  **xxxxx-0003**<br>**Imperial Capital Bank**<br>**700 N. Central Ave**<br>**Glendale, CA 91203** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | | | | **$43,785.00** |
| ACCT #:  **xxxx1001**<br>**Independence Bank, NA**<br>**P.O. Box 550289**<br>**Houston, TX 77255** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | | | | **$341,907.41** |
| **Representing:**<br>**Independence Bank, NA** | | | **Anthony Sullivan**<br>**Ross Banks May Cron & Cavin PC**<br>**2 Riverway, Ste. 700**<br>**Houston, TX 77056-1918** | | | | **Notice Only** |
| ACCT #:<br>**Independence Bank, NA**<br>**P.O. Box 550289**<br>**Houston, TX 77255** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Misc. Business Debt**<br>REMARKS: | | | | **$79,808.20** |
| **Representing:**<br>**Independence Bank, NA** | | | **Anthony Sullivan**<br>**Ross Banks May Cron & Cavin PC**<br>**2 Riverway, Ste. 700**<br>**Houston, TX 77056-1918** | | | | **Notice Only** |

Sheet no. ___**7**___ of ___**14**___ continuation sheets attached to                                    Subtotal >    **$8,680,269.61**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                              (Use only on last page of the completed Schedule F.)
                                      (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                                    Case No.   **10-35770-H4-11**
                                                                                                              (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx-xx-0075<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0326** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS:<br>**1040 taxes for 2007** | | | | **$87,074.10** |
| ACCT #:<br>**James Nguyen**<br>**c/o John R. Gladney**<br>**6901 Corporate Dr. Suite 111**<br>**Houston, Texas 77036** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | | **$1.00** |
| ACCT #:<br>**John H. Bennett, Jr.**<br>**Attorney at Law**<br>**2777 Allen Pkwy, Ste. 1000**<br>**Houston, TX 77019** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John Iglehart**<br>**c/o Snow Fogel Spence, LLP**<br>**2929 Allen Parkway, Suite 1400**<br>**Houston, Texas 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgments**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**K&H Group LLC**<br>**5710 W. 34th St. Ste. E**<br>**Houston, TX 77092** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS:<br>**Same as Alex Yanez- creditor** | X | X | X | **$1.00** |
| **Representing:**<br>**K&H Group LLC** | | | **Jeffrey C. Jackson**<br>**Jeffrey C. Jackson PLLC**<br>**720 Bayland Ave**<br>**Houston, TX 77009** | | | | **Notice Only** |

Sheet no. _____**8**_____ of _____**14**_____ continuation sheets attached to          Subtotal >          **$187,076.10**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                  Total >
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John H. Hamilton Sr.**                                              Case No.  **10-35770-H4-11**
                                                                                                    (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Lange Mechanical Services, L.P.** <br> **c/o Ciano Pasta** <br> **5718 Westheimer, Suite 940** <br> **Houston, TX 77057** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | | | **$1.00** |
| ACCT #: <br> **Lee & Assoc. Commercial Real Est. Inc** <br> **5872 Ownes Ave., Ste 200** <br> **Carlisbad, CA 92008** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantee- Business Debt** <br> REMARKS: | | | | **$150,000.00** |
| **Representing:** <br> **Lee & Assoc. Commercial Real Est. Inc** | | | **James R. Ballard** <br> **Schwartz Semerdjian Haile Ballard LLP** <br> **101 West Broadway, Ste. 810** <br> **San Diego, CA 92101** | | | | **Notice Only** |
| ACCT #: <br> **Lentz Engineering, L.C.** <br> **c/o Dieringer Law Firm** <br> **P.O. Box 550020** <br> **Houston, Texas 77255** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. Business Debt** <br> REMARKS: | | | | **$5,000.00** |
| ACCT #: <br> **Macon D. Strother** <br> **The Strother Law Firm** <br> **4545 Mt. Vernon** <br> **Houston, TX 77006** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Misc. Business Debt** <br> REMARKS: <br> **Attorney Fees** | | | | **$80,000.00** |
| ACCT #: <br> **Marina Bay Management, LLC** <br> **c/o John R. Gladney** <br> **6901 Corporate Dr. Suite 111** <br> **Houston, Texas 77036** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Law Suit** <br> REMARKS: | | X | | **$1.00** |

Sheet no. ____**9**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$235,002.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                      Case No.   **10-35770-H4-11**
                                                                                  (if known)

### *2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Marina Bay Management, LLC** | | | John R. Gladney 6901 Corporate Drive, Suite 111 Houston, TX 77036 | | | | **Notice Only** |
| ACCT #: **Michael Parr Couch** **c/o Snow Fogel Spence, LLP** **2929 Allen Parkway, Suite 1400** **Houston, Texas 77019** | | - | DATE INCURRED: CONSIDERATION: **Law Suit** REMARKS: **Duplicate claim as Santa Fe Brokerage Associates** | | | | **$1.00** |
| ACCT #: **National Loan Investors, L.P.** **3030 Northwest Expressway St, Suite 1313** **Oklahoma City, OK 73112** | C | | DATE INCURRED: CONSIDERATION: **Law Suit** REMARKS: | | X | | **$5,000.00** |
| ACCT #: **Nicholas Kazakoff** **c/o Wilshire & Scott, P.C.** **3000 One Houston Center** **1221 McKinney** **Houston, Texas 77010** | | - | DATE INCURRED: CONSIDERATION: **Law Suit** REMARKS: | | X | | **$1.00** |
| ACCT #: **xxxxx-0001** **North Houston Bank** **P O Box 11626** **Houston, TX 77293** | C | | DATE INCURRED: CONSIDERATION: **Judgments** REMARKS: | | | | **$8,427,837.00** |
| ACCT #: **xxxx-9170** **Patriot Bank** **7500 San Felipe St, Ste 1** **Houston, TX 77063** | C | | DATE INCURRED: CONSIDERATION: **Personal Guarantee- Business Debt** REMARKS: | | | | **$634,759.00** |

Sheet no. ____**10**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$9,067,598.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John H. Hamilton Sr.__                                    Case No. __10-35770-H4-11__
                                                                              (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **Pennbridge Orchard Plaza S, L.P.** **c/o John R. Gilbert** **Gilbert & Gilbert** **P.O. Box 1819** **Angleton, TX 77515** | | C | DATE INCURRED: CONSIDERATION: **Personal Guarantee- Business Debt** REMARKS: | | X | | $1.00 |
| **Representing:** **Pennbridge Orchard Plaza S, L.P.** | | | **James H. Billingsley** **Ashley V. Dixon** **Kirkpatrick & Lockhart Preston Gates Ell** **1717 Main Street, Suit 2800** **Dallas, TX 75201** | | | | Notice Only |
| **Representing:** **Pennbridge Orchard Plaza S, L.P.** | | | **John R. Gilbert** **Gilbert & Gilbert** **222 North Velasco Street** **P.O. Box 1819** **Angleton, TX 77515** | | | | Notice Only |
| ACCT #: **Prosperity Bank** **c/o Storey & Denum PC** **11757 Katy Freeway, Suite 1010** **Houston, TX 77079** | | C | DATE INCURRED: CONSIDERATION: **Judgments** REMARKS: | | | | $692,209.01 |
| **Representing:** **Prosperity Bank** | | | **Craig R. Denum** **Storey & Denum, P.C.** **11757 Katy Freeway, Suite 1010** **Houston, TX 77079** | | | | Notice Only |
| ACCT #: **Prosperity Bank** **c/o Storey & Denum PC** **11757 Katy Freeway, Suite 1010** **Houston, TX 77079** | | C | DATE INCURRED: CONSIDERATION: **Judgments** REMARKS: | | | | $448,612.02 |

Sheet no. ___11___ of ___14___ continuation sheets attached to                              Subtotal >                  $1,140,822.03
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                                          (if known)

*2nd AMENDED*
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ranger Fire, Inc**<br>**c/o Brandon Starling**<br>**4144 N. Central Expressway, Suite 300**<br>**Dallas, Texas 75204** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | | **$24,000.00** |
| ACCT #:<br>**Regions Bank**<br>**c/o Ann Marie Laney Hill**<br>**McGlinchey Stafford PLLC**<br>**1001 McKinney St. Ste. 1500**<br>**Houston, TX 77002** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgments**<br>REMARKS: | | | | **$1,500,000.00** |
| **Representing:**<br>**Regions Bank** | | | **Anne Marie Laney Hill**<br>**Jennifer L. Davis**<br>**McGlinchey Stafford, PLLC**<br>**1001 McKinney Street, Suite 1500**<br>**Houston, TX 77002** | | | | **Notice Only** |
| ACCT #:<br>**Rodney Dewalt**<br>**17711 Butte Creek Road**<br>**Houston, Texas 77090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | X | | **$1.00** |
| ACCT #:<br>**Santa Fe Brokerage Associates, LLC**<br>**c/o Snow Fogel Spence, LLP**<br>**2929 Allen Parkway, Suite 1400**<br>**Houston, Texas 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgments**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**SCS Construction Management, Inc.**<br>**c/o J. Hans Barcus**<br>**Cantrell, Ray & Barcus, LLP**<br>**P.O. Box 1019**<br>**Huntsville, TX 77342** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee- Business Debt**<br>REMARKS: | | | | **$450,000.00** |

Sheet no. ___**12**___ of ___**14**___ continuation sheets attached to          Subtotal >          **$2,074,001.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                   Case No.   **10-35770-H4-11**
                                                                                    (if known)

*2nd AMENDED*
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **SCS Construction Management, Inc.** | | | **J. Hans Barcus** **Cantrell, Ray & Barcus LLP** **P.O. Box 1019** **Huntsville, TX 77342-1019** | | | | **Notice Only** |
| ACCT #: **Suntree Realty Partners, L.P.** **c/o Wilshire & Scott, P.C.** **3000 One Houston Center** **1221 McKinney** **Houston, Texas 77010** | | - | DATE INCURRED: CONSIDERATION: **Law Suit** REMARKS: | | x | | $1.00 |
| ACCT #: **Suntree Realty Partners, L.P.** **c/o Wilshire & Scott, P.C.** **3000 One Houston Center** **1221 McKinney** **Houston, Texas 77010** | | - | DATE INCURRED: CONSIDERATION: **Personal Guarantee- Business Debt** REMARKS: | | x | | $1.00 |
| ACCT #: **Tracy Nguyen** **c/o John R. Gladney** **6901 Corporate Dr. Suite 111** **Houston, Texas 77036** | | - | DATE INCURRED: CONSIDERATION: **Law Suit** REMARKS: | | x | | $1.00 |
| ACCT #: **United Partners Group, LLC** **c/o Womac & Associates** **Two Memorial City Plaza** **820 Gessner, Suite 1540** **Houston, Texas 77024** | | - | DATE INCURRED: CONSIDERATION: **Law Suit** REMARKS: | | | | $1.00 |
| **Representing:** **United Partners Group, LLC** | | | **Brian D. Womac** **Womac & Associates** **Two Memorial City Plaza** **820 Gessner, Suite 1540** **Houston, TX 77024** | | | | **Notice Only** |

Sheet no. __13__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John H. Hamilton Sr.**                                    Case No.   **10-35770-H4-11**
                                                                              (if known)

*2nd AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Urban Concrete Contractors, Ltd**<br>**c/o Cokinos, Bosien & Young**<br>**10999 West IH-10, Suite 370**<br>**San Antonio, TX 78230** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | | | $397,211.51 |
| ACCT #:<br>**Voltmaster Electric Inc.**<br>**c/o Charles H. Portz III**<br>**Portz & Portz**<br>**1314 Texas Ave., #1001**<br>**Houston, TX 77002** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Law Suit**<br>REMARKS: | | | | $1.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**14**____ of ____**14**____ continuation sheets attached to                                    Subtotal >     $397,212.51
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >     $64,869,563.89
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**