

ENTERED
09/09/2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| JOHN HAMILTON, SR. | § | 10-35770-H4-11 |
| | § | (Chapter 11) |
| | § | |
| Debtor(s) | § | |

### ORDER APPOINTING CHAPTER 11 TRUSTEE

CAME ON to be considered the Court's Order Requiring Debtor to Appear and Show Cause Why a Chapter 11 Trustee Should Not be Appointed or Case Converted to Chapter 7. Debtor, the Official Committee of Unsecured Creditors, Cathay Bank, Golden Bank and the United States Trustee appeared and offered testimony, evidence and argument. After considering same the Court made findings on the record pursuant to Bankruptcy Rule 7052 and determined a Chapter 11 trustee should be appointed. It is therefore:

**ORDERED** that the United States Trustee shall appoint a Chapter 11 Trustee in this case.

Signed this 9th day of Sept., 2010.

Jeff Bohm
United States Bankruptcy Judge