

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
09/17/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| JOHN HAMILTON, SR. | § § § § § | 10-35770-H4-11 (Chapter 11) |
| Debtor(s) | § | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

An Application for Order Approving Appointment of Chapter 11 Trustee has been filed by the United States Trustee naming **Ronald J. Sommers**, with the firm of Nathan Sommers Jacobs, 2800 Post Oak Blvd., 61st Floor, Houston, TX 770056, Tel. (713) 892-4801, Fax (713) 892-4800 as trustee in this estate.

Pursuant to 11 U.S.C. § 1104(d), the appointment of **Ronald J. Sommers** as Chapter 11 Trustee in the above case is hereby approved.

Signed this 16th day of Sept., 2010.

Jeff Bohm
**United States Bankruptcy Judge**