**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON  DIVISION**

Petition Date:    **07/06/107**

CASE NAME:    **JOHN H. HAMILTON, SR.**                    CASE NUMBER:    10-35770-H4-11

# MONTHLY OPERATING REPORT SUMMARY FOR  PERIOD 09/16/10 – 10/26/10

| MONTH | 09/26/10 – 10/26/10 | | | | | |
|---|---|---|---|---|---|---|
| **REVENUES  (MOR-6)** | 0.00 | | | | | |
| **INCOME BEFORE INT, DEPREC./TAX (MOR-6)** | | | | | | |
| **NET INCOME (LOSS) (MOR-6)** | | | | | | |
| **PAYMENTS TO INSIDERS  (MOR-9)** | | | | | | |
| **PAYMENTS TO PROFESSIONALS (MOR-9)** | | | | | | |
| **TOTAL DISBURSEMENTS (MOR-8)** | 0.00 | | | | | |

**\***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee**\***

CIRCLE ONE

Are all accounts receivable being collected within terms?  **Yes    No**
Are all post-petition liabilities, including taxes, being paid within terms?  **_Yes    No**
Have any pre-petition liabilities been paid?  **Yes  No**   If so, describe_____
_____
Are all funds received being deposited into DIP bank accounts?  **Yes    No**
Were any assets disposed of outside the normal course of business?  **Yes    No**
If so, describe _____
Are all U. S. Trustee Quarterly Fee Payments current?  **Yes    No**
    What is the status of your Plan of Reorganization ?  Case was converted to Chapter 7 on 10/26/10
                    I certify under penalty of perjury that the following complete
                    Monthly Operating Report (MOR), consisting of MOR-1 through
                    MOR-9 plus attachments, is true and correct.

**REQUIRED INSURANCE MAINTAINED**
  **AS OF SIGNATURE DATE**        *EXP.*
                                 *DATE*

| | | |
|---|---|---|
| *CASUALTY* | YES(X ) NO( ) | ___-___-___ |
| *LIABILITY* | YES( ) NO( ) | ___-___-___ |
| *VEHICLE* | YES( ) NO( ) | ___-___-___ |
| *WORKER'S* | YES( ) NO( ) | ___-___-___ |
| *OTHER_____* | YES( ) NO( ) | ___-___-___ |

**SIGNED_____/s/ Ronald J. Sommers, Trustee**
            Ronald J. Sommers, Trustee

TRUSTEE NAME:  **Ronald Sommers**
FIRM:  **Nathan, Sommers Jacobs**
ADDRESS:    **2800 Post Oak Blvd., 61st Floor,**
ADDRESS:
CITY, STATE  ZIP:  Houston, TX  77056-6102
TELEPHONE:   7138924801, 7138924800

**MOR-1**

Petition Date:   **07/06/107**

CASE NAME:   **JOHN H. HAMILTON, SR.**                     CASE NUMBER:   10-35770-H4-11

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 07/06/10 | 09/16/10 – 10/26/10 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | 0.00 | | | | | |
| Cash | | | | | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | | 0.00 | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | |
| OTHER ASSETS: | | | | | | | |
| 1.  Tax Deposits | | | | | | | |
| 2.  Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | | 0.00 | | | | | |

*Per Schedules and Statement of Affairs

**MOR-2**                                                                 *Revised:6/14/96*

Petition Date:   **07/06/107**

CASE NAME:    **JOHN H. HAMILTON, SR.**                    CASE NUMBER:    **10-35770-H4-11**

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 07/06/10 | 09/16/10 – 10/26/10 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| **POST-PETITION LIABILITIES (MOR-4)** | | 0.00 | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | | | | | | | |
| **TOTAL LIABILITIES** | | 0.00 | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | 0.00 | | | | | |

**MOR-3**                    *Per Schedules and Statement of Affairs*                    *Revised:6/14/96*

Petition Date:   **07/06/107**

**CASE NAME:    JOHN H. HAMILTON, SR.**          **CASE NUMBER:**    10-35770-H4-11

# SCHEDULE OF POST-PETITION LIABILITIES

|  | 09/16/10 – 10/26/10 | MONTH8 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** |  |  |  |  |  |  |
| **TAX PAYABLE:** |  |  |  |  |  |  |
| **Federal Payroll Taxes** |  |  |  |  |  |  |
| **State Payroll & Sales** |  |  |  |  |  |  |
| **Ad Valorem Taxes** |  |  |  |  |  |  |
| **Other Taxes** |  |  |  |  |  |  |
| **TOTAL TAXES PAYABLE** |  |  |  |  |  |  |
| **SECURED DEBT POST-PETITION** |  |  |  |  |  |  |
| **ACCRUED INTEREST PAYABLE** |  |  |  |  |  |  |
| ***ACCRUED PROFESSIONAL FEES:** |  |  |  |  |  |  |
| **OTHER ACCRUED LIABILITIES:** |  |  |  |  |  |  |
| **1. ACCRUED PROFESSIONAL EXPENSES:** |  |  |  |  |  |  |
| **2.** |  |  |  |  |  |  |
| **3.** |  |  |  |  |  |  |
| ***TOTAL POST-PETITION LIABILITIES (MOR-3)*** | 0.00 |  |  |  |  |  |

 *  **Payment Requires Court Approval.**

**MOR-4**                                                              *Revised:6/14/96*

Petition Date:   **07/06/107**

**CASE NAME:   JOHN H. HAMILTON, SR.**                 **CASE NUMBER:**   10-35770-H4-11

## AGING OF POST-PETITION LIABILITIES

**09/16/10 – 10/26/10**

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|------|-------|-------------|-----------|-------------|-------------------------|-------|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|-------|--|--|--|--|--|--|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91 + DAYS | | | | | | |
| TOTAL | | | | | | |

**MOR-5**                                                                 *Revised:6/14/96*

Petition Date:   **07/06/107**

CASE NAME:    **JOHN H. HAMILTON, SR.**                    CASE NUMBER:    **10-35770-H4-11**

# STATEMENT OF INCOME (LOSS)

| MONTH | 09/16/10 – 10/26/10 | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **REVENUES  (MOR-1)** | 0.00 | | | | | | |
| **TOTAL COST OF REVENUES** | 0.00 | | | | | | |
| **GROSS PROFIT** | 0.00 | | | | | | |
| **OPERATING EXPENSES:** | 0.00 | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | | | | | | | |
| Insiders Compensation | | | | | | | |
| Professional Fees | | | | | | | |
| Other (attach list)   Repairs | | | | | | | |
| | | | | | | | |
| **TOTAL OPERATING EXPENSES** | 0.00 | | | | | | |
| **INCOME BEFORE INT, DEPR/TAX (MOR-1)** | | | | | | | |
| INTEREST EXPENSE | | | | | | | |
| DEPRECIATION | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | |
| OTHER ITEMS** Real Estate Taxes | | | | | | | |
| **TOTAL INT, DEPR & OTHER ITEMS** | | | | | | | |
| **NET INCOME BEFORE TAXES** | 0.00 | | | | | | |
| **FEDERAL INCOME TAXES** | | | | | | | |
| **NET INCOME (LOSS)  (MOR-1)** | 0.00 | | | | | | |

Accrual Accounting Required, Otherwise Footnote With Explanation
*   Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

**MOR-6**

*Revised:6/14/96*

Petition Date:  **07/06/107**

**CASE NAME:  JOHN H. HAMILTON, SR.**                     **CASE NUMBER:**  10-35770-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | 09/16/10 – 10/26/10 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF QUARTER | 0.00 | | | | | | |
| RECEIPTS: | 0.00 | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | |
| 5. SALE OF ASSETS | 0.00 | | | | | | |
| 6. OTHER (attach list) | 0.00 | | | | | | |
| TOTAL RECEIPTS | 0.00 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | |
| DISBURSEMENTS: | 0.00 | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID – REAL ESTATE | 0.00 | | | | | | |
| 10. SECURED / RENTAL / LEASES | 0.00 | | | | | | |
| 11. UTILITIES | 0.00 | | | | | | |
| 12. INSURANCE | 0.00 | | | | | | |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 0.00 | | | | | | |
| 18. OTHER (attach list) | 0.00 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | | | | | | |
| 19. PROFESSIONAL FEES | 0.00 | | | | | | |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | |
| TOTAL DISBURSEMENTS | 0.00 | | | | | | |
| 22. NET CASH FLOW | 0.00 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 0.00 | | | | | | |

**MOR-7**                     *Applies to Individual debtor's only.*                     *Revised:6/14/96*

Petition Date:   **07/06/107**

**CASE NAME:**   **JOHN H. HAMILTON, SR.**          **CASE NUMBER:**   10-35770-H4-11

## CASH ACCOUNT RECONCILIATION
### 09/16/10 – 10/26/10

| | | | | | |
|---|---|---|---|---|---|
| **BANK NAME** | | _____ | _____ | _____ | |
| **ACCOUNT NUMBER** | | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| **BANK BALANCE** | | | | | |
| **DEPOSIT IN TRANSIT** | | | | | |
| **OUTSTANDING CHECKS** | | | | | |
| **ADJUSTED BANK BALANCE** | | | | | |
| **BEGINNING CASH - PER BOOKS** | | | | | |
| **RECEIPTS** | | | | | |
| **TRANSFERS BETWEEN ACCOUNTS** | | | | | |
| **(WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2** | | | | | |
| **CHECKS/OTHER DISBURSEMENTS** | | | | | |
| **ENDING CASH - PER BOOKS** | | | | | |

**MOR-8**                    *Revised:6/14/96*

Petition Date:   **07/06/107**

**CASE NAME:   JOHN H. HAMILTON, SR.**                    **CASE NUMBER:**   10-35770-H4-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals.  Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary.)

| INSIDERS:  NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS   (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

**MOR-9**

*Revised:6/14/96*

## This FORM is for **INDIVIDUALS ONLY**

Petition Date:  **07/06/107**

**CASE NAME:    JOHN H. HAMILTON, SR.**                                    **CASE NUMBER:**    10-35770-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 09/16/10 – 10/26/10 | QUARTER 03/31/08 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | 0.00 | | | | | |
| RECEIPTS | | 0.00 | | | | | |
| 2. Wages, Salary, Commissions  (net) | | 0.00 | | | | | |
| 3. Rents, Royalties, Dividends, Interest | | 0.00 | | | | | |
| 4. Social Security, Pension, etc. | | 0.00 | | | | | |
| 5. Other (attach list) | | 0.00 | | | | | |
| TOTAL RECEIPTS | | 0.00 | | | | | |
| Draw from (Contribution to) Operation of Business MOR-7 | | 0.00 | | | | | |
| DISBURSEMENTS | | 0.00 | | | | | |
| 6. Rent or Home Mortgage Payment | | 0.00 | | | | | |
| 7. Utilities (electric/gas, water, telephone) | | 0.00 | | | | | |
| 8. Home Maintenance (repairs and upkeep) | | 0.00 | | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 0.00 | | | | | |
| 10. Medical and Dental | | 0.00 | | | | | |
| 11. Transportation (not including car payment) | | 0.00 | | | | | |
| 12. Recreations, Clubs, and Entertainment | | 0.00 | | | | | |
| 13. Insurance (not included in wages or home mortgage) | | 0.00 | | | | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | 0.00 | | | | | |
| 16. Credit Cards | | 0.00 | | | | | |
| 17. Other (attach list)   MORTGAGE PAYMENTS | | 0.00 | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | | 0.00 | | | | | |
| 18. PROFESSIONAL FEES | | 0.00 | | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | | 0.00 | | | | | |
| 20. NET CASH FLOW | | 0.00 | | | | | |
| 21. CASH - END OF MONTH | | 0.00 | | | | | |

**MFR-2**                                                                     *Revised:6/14/96*

## This FORM is for **INDIVIDUALS ONLY**

Petition Date:   **07/06/107**

**CASE NAME:   JOHN H. HAMILTON, SR.**                    **CASE NUMBER:**   10-35770-H4-11

| POST-PETITION LIABILITIES | 09/16/10 – 10/26/10 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL SECURED** | | | | | | |
| **UNSECURED:** | | | | | | |
| **ACCURED PROFESSIONAL FEES** | | | | | | |
| **ACCURED PROFESSIONAL EXPENSES** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL UNSECURED** | | | | | | |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL TAXES** | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | | | | | | |

**MFR-3**

*Revised:6/14/96*