IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JOHN H. HAMILTON, SR., | § § | Case No. 10-35770 (Chapter 7) |
| DEBTOR. | § § | |

## NOTICE OF 2004 EXAMINATION AND REQUEST FOR DOCUMENTS

**TO:** Weston Lakes Country Club, by and through their Officer and General Manager, Jason Hall, 32611 FM 1093, Fulshear, Texas 77441.

**PLEASE TAKE NOTICE** that the Examination of Weston Lakes Country Club by and through their Officer and General Manager, Jason Hall pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure by the undersigned, counsel for Ronald J. Sommers, Chapter 7 Trustee.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rule 2004 and 9016, the undersigned, counsel for the Ronald J. Sommers, Chapter 7 Trustee, requests that **Weston Lakes Country Club** produce or make available for inspection, copying and review all documents listed on **Exhibit "A"** on **May 13, 2011** at the law offices of Snow Fogel Spence LLP, 2929 Allen Parkway, Suite 4100, Houston, Texas 77019, Attention: Ross Spence.

Respectfully submitted,

SNOW FOGEL SPENCE LLP

By: /s/ Ross Spence

    Ross Spence
    State Bar No. 18918400
    Email: rossspence@snowfogel.com
    Aaron M. Guerrero
    State Bar No. 24050698
    Email: aaronguerrero@snowfogel.com
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Telephone: (713) 335-4800
Telecopier: (713) 335-4848
**COUNSEL FOR RONALD J. SOMMERS, TRUSTEE**

## **CERTIFICATE OF SERVICE**

I certify that on 26th day of April, 2011, a true and correct copy of the above and foregoing was served upon all parties per the Service List attached as **Exhibit 1** via the Court's electronic case filing system (ECF) and/or via First Class Mail and the following parties via facsimile.

/s/ Aaron M. Guerrero

Aaron M. Guerrero

## INSTRUCTIONS

1.  The items specified in Exhibit "A" (a) shall be produced as they are kept in the usual course of business or (b) shall be organized and labeled to correspond to the categories specified in the requests. If a document exists only in electronic or magnetic form, please indicate that in your response and produce the document in PDF form on a CD, DVD or flash drive.

2.  For each document or other requested information that you assert is privileged (privilege as used herein shall include work product) or is not discoverable, please identify that document or other requested information. State the specific grounds for the claim of privilege or other grounds for exclusion. Also, for each item or document you claim is not discoverable, state the date of the document, the name, job title, and address of the person who prepared it; the name, address, and job title of the person to whom it was addressed, circulated, or who saw it; the name, job title, and address of the person now in possession of the document; a description of the subject matter of the document; the present location and the custodian for the document. Furthermore, each item, if any, that is withheld from production pursuant to a claim of privilege should be segregated and maintained for possible in-camera submission to the Court.

3.  For any requested information about a document that no longer exists or that cannot be located, identify the document, state how and when it passed out of existence, or when it could no longer be located, and the reasons for the disappearance. Also, identify each person having knowledge about the disposition or loss of the document, and identify any other document evidencing the lost document's existence or any facts about the lost document.

4.  Each page of each item produced in response to the Requests for Production may be copied and numbered during inspection with a consecutive numbering machine. The items produced in response to this Request may be copied by microfilm, photography, xerography, or comparable process, or some combination thereof.

5.  The person or persons who provide information in answer to the interrogatories shall each identify which answers have been provided and furnish his or her name, address, and title. The interrogatories must be answered and signed under oath.

6.  A question that seeks information contained in or information about or identification of any documents may be answered by providing a copy of such document for inspection and copying or by furnishing a copy of such document without a request for production.

7.  If you fail to respond to the Requests for Admissions within 20 days of service, then each will be deemed admitted by you.

## DEFINITIONS

1. "Adversary Proceeding" as used herein shall refer to Adversary No. 10-03609; *Ronald J. Sommers, Trustee, v. Patricia L. Hamilton*; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

2. "Agents," "Servants," or "Employees" and any other such designation as used herein shall mean any person now serving as such, and any person serving at any relevant time in any such capacity, even though no longer serving in such capacity.

3. "Among" as used herein shall mean between or among.

4. "And" as used herein shall mean and/or.

5. "Any" as used herein shall mean any and all.

6. "Bankruptcy Proceeding" as used herein shall refer to Case No. 10-35770; *In re John H. Hamilton, Sr.*; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

7. "Communication" means any oral or written communication of which Excel Mortgage Corporation has knowledge, information or belief, including electronic mail.

8. "Concerning" means, in whole or in part, directly or indirectly, referring to, relating to, connected with, commenting on, responding to, showing, describing, analyzing, reflecting, and constituting.

9. "Custody," "control," or "possession" as used herein shall mean in one's physical possession, and/or if one has the right to secure the document or a copy thereof from another person, corporation, partnership, governmental agency, or entity having physical possession thereof.

10. "Date" means the exact date, month, and year, if ascertainable, or, if not, the best available approximation.

11. "Debtor" shall mean John H. Hamilton, Sr., including his agents, representatives, attorneys, employees, affiliates, successors, accountants, and any other person or entity authorized to act on his behalf or within his control, whether present or past.

12. "Document" or "documents" means all written, typed, or printed matters, and all magnetic or other records or documentation of any kind or description (including, without limitation, all electronic data, letters, correspondence, telegrams, memoranda, notes, records, minutes, contracts, agreements, records, or notations of telephone or personal conversations, conferences, inter-office communications, E-mail, microfilm, bulletins, circulars, pamphlets, photographs, facsimiles, invoices, tape recordings, computer printouts and work sheets), including drafts and copies not identical to the originals, all photographs and graphic matter,

however produced or reproduced, and all compilations of data from which information can be obtained, and any and all writings or recordings of any type or nature, in your actual possession, custody, or control, including those in the possession, custody, or control of any and all present or former directors, officers, employees, consultants, accountants, attorneys or other agents, whether or not prepared by you. A document or tangible item is within your control if you have a right to compel a third party to produce it to you.

13. "Evidencing" as used herein shall mean proving, indicating, or probative of the existence or nature of.

14. "Weston Lakes" as used herein shall mean Weston Lakes Country Club.

## Exhibit "A"

**Please produce the following documents:**

1. Documents evidencing every purchase the Debtor has made at Weston Lakes from January 1, 2010 to date.

2. Receipts, invoices and bills of sale evidencing every purchase the Debtor has made at Weston Lakes from January 1, 2010 to date.

3. Agreements, contracts, or other documents evidencing Debtor's membership at Weston Lakes.

## EXHIBIT "1" – SERVICE LIST

**Debtor:**

| Debtor: | Debtor's Counsel: |
|---|---|
| John H. Hamilton Sr.<br>P. O. Box 115<br>Simonton, TX 77476-0115<br>*Via First Class Mail* | Calvin C. Braun<br>ORLANDO & BRAUN L.L.P.<br>3401 Allen Parkway, Suite 101<br>Houston, TX 77019-1857<br>*Via ECF: calvinbraun@orlandobraun.com<br>and First Class Mail* |

**Governmental Agencies:**

| | |
|---|---|
| Stephen Douglas Statham<br>OFFICE OF THE U.S. TRUSTEE<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>*Via ECF: Stephen.statham@usdoj.gov<br>and First Class Mail* | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326<br>*Via First Class Mail* |
| US Trustee<br>OFFICE OF THE US TRUSTEE<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002-2604<br>*Via ECF and First Class Mail* | Ronald J. Sommers,<br>Chapter 7 Trustee<br>NATHAN SOMMERS JACOBS<br>2800 Post Oak Blvd., 61st Floor<br>Houston, TX 77056<br>*Via ECF: rsommers@nathansommers.com<br>and First Class Mail* |

**20 Largest Unsecured Creditors:**

| | |
|---|---|
| Citibank N.A. f/k/a Citibank Texas, NA<br>c/o Karl Burrer<br>HAYNES & BOONE, LP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>*Via ECF: karl.burrer@haynesboone.com* | North Houston Bank<br>P O Box 11626<br>Houston, TX 77293<br>*Via First Class Mail* |
| Imperial Capital Bank<br>700 N. Central Ave<br>Glendale, CA 91203<br>*Via First Class Mail* | City Bank<br>5219 City Bank Parkway<br>Lubbock, TX 79407<br>*Via First Class Mail* |
| Center Capital Corporation<br>3 Farm Glen Blvd.<br>Farmington, CT 06032<br>*Via First Class Mail* | Regions Bank<br>c/o Ann Marie Laney Hill<br>MCGLINCHEY STAFFORD PLLC<br>1001 McKinney St. Ste. 1500<br>Houston, TX 77002<br>*Via ECF: amhill@mcglinchey.com* |
| Patriot Bank<br>7500 San Felipe St, Ste 1<br>Houston, TX 77063<br>*Via First Class Mail* | SCS Construction Management, Inc.<br>c/o J. Hans Barcus<br>CANTRELL, RAY & BARCUS, LLP<br>P.O. Box 1019<br>Huntsville, TX 77342<br>*Via First Class Mail* |
| Bay Area Windham Park, LLC<br>c/o Michael P. Couch<br>P. O. Box 365<br>Fulshear, TX 77441<br>*Via First Class Mail* | Bay Area Windham Park, LLC<br>c/o Mr. Long Hai Nguyen<br>548 International Blvd., Suite 1<br>Oakland, CA 94606<br>*Via First Class Mail* |

| | |
|---|---|
| Independence Bank, NA<br>P.O. Box 550289<br>Houston, TX 77255<br>*Via First Class Mail* | DCFS USA LLC<br>36455 Corporate Dr<br>Farmington Hills, MI 48331<br>*Via First Class Mail* |
| Headwaters Construction Materials<br>c/o Andrew McCormick<br>MCCORMICK MCNEAL EDLER & WILLIAMS LP<br>5909 West Loop South, Ste. 550<br>Bellaire, TX 77401<br>*Via First Class Mail* | Chase<br>Bank One Card Services<br>Westerville, OH 43081<br>*Via First Class Mail* |
| Glen Lowenstein<br>P. O. Box 31339<br>Houston, TX 77231<br>*Via First Class Mail* | |

**Parties Requesting Notice:**

| | |
|---|---|
| SANTA FE BROKERAGE ASSOCIATES, LLC.<br>Attn: Michael P. Couch, President<br>11931 Wickchester, Suite 400<br>Houston, TX 77043-4572<br>*Via Email: mcouch@santafefidelity.com* | CATHAY BANK<br>Attn: Gregory Badura, Senior Vice President and Manager - Special Assets Division<br>9650 Flair Drive<br>El Monte, CA 91731<br>*Via Email: gregory_badura@cathaybank.com* |
| GREYSTONE BUILDERS, INC.<br>Attn: Ronald Frerich<br>10 Sterling Court<br>Sugar Land, TX 77478-1868<br>*Via Email: rjfrerich@earthlink.net* | Mary A. Daffin<br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP<br>1900 St. James Place, Suite 500<br>Houston, TX 77056<br>*Counsel for Onewest Bank, FSB, its Assigns and/or Successors in Interest*<br>*Via ECF: sdecf@BDFGROUP.com* |
| Elizabeth D. (Lisa) Alvarado<br>SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.<br>1001 McKinney Street, Suite 1100<br>Houston, TX 77002<br>*Counsel for Golden Bank NA*<br>*Via ECF: lalvarado@smfalaw.com* | J. Hans Barcus<br>CANTRELL, RAY & BARCUS, LLP<br>P. O. Box 1019<br>Huntsville, TX 77342<br>*Counsel for SCS Construction Management, Inc.*<br>*Via First Class Mail* |
| W. Steven Bryant<br>LOCKE LORD BISSELL & LIDDELL LLP<br>600 Travis Street, Suite 3400<br>Houston, TX 77702<br>*Counsel for Cathay Bank*<br>*Via ECF: hobankecf@lockelord.com* | Karl Burrer<br>HAYNES AND BOONE, LLP<br>1 Houston Center<br>1221 McKinney St., Suite 2100<br>Houston, TX 77010<br>*Counsel for Citibank N.A.*<br>*Via ECF: karl.burrer@haynesboone.com* |
| Michael Parr Couch<br>John Iglehart<br>SANTA FE BROKERAGE ASSOCIATES, LLC<br>11931 Wickchester, Ste. 400<br>Houston, TX 77043-4572<br>*Creditors*<br>*Via First Class Mail* | Richard L. Crozier<br>DAVIDSON & TROILO<br>919 Congress Ave., Ste. 810<br>Austin, TX 78701-2444<br>*Counsel for Center Capital Corporation*<br>*Via ECF: rcrozier@davidsontroilo.com* |
| Craig R. Denum<br>STOREY & DENUM, P.C.<br>11757 Katy Freeway, Suite 1010<br>Houston, TX 77079<br>*Counsel for Prosperity Bank*<br>*Via ECF: cdenum@att.net* | John P. Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>*Counsel for Fort Bend County*<br>*Via ECF: Houston_bankruptcy@publicans.com* |

| | |
|---|---|
| Dennis A. Dressler, Esq.<br>DRESSLER & PETERS, LLC<br>111 W. Washington Street, Suite 1900<br>Chicago, IL 60602<br>*Counsel for Webster Capital Finance, Inc. f/k/a*<br>*Center Capital Corporation*<br>*Via ECF: ddressler@dresslerpeters.com* | Anne Marie Laney Hill<br>MCGLINCHEY STAFFORD, PLLC<br>1001 McKinney, Suite 1500<br>Houston, TX 77002<br>*Counsel for Regions Bank*<br>*Via ECF: amhill@mcglinchey.com* |
| Alicia M. Matsushima<br>SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.<br>1001 McKinney Street, Suite 1100<br>Houston, TX 77010<br>*Counsel for Golden Bank NA*<br>*Via ECF: amatsushima@smfalaw.com* | Matthew B. Probus<br>John Wesley Wauson<br>WAUSON ♦ PROBUS<br>One Sugar Creek Center Blvd., Suite 880<br>Sugar Land, TX 77478<br>*Counsel for Greystone Builders, Inc.*<br>*Via ECF: mbprobus@w-plaw.com* |
| Michael J. Smith<br>CHERNOSKY, SMITH, RESSLING & SMITH, PLLC<br>4646 Wild Indigo, Suite 110<br>Houston, TX 77027<br>*Counsel for Compass Bank*<br>*Via ECF: msmith@csrslaw.com* | John Paul Stanford<br>QUILLING, SELANDER, CUMMISKEY, & LOWNDS, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>*Counsel for Bank of America, N.A.*<br>*Via ECF: jstanford@qsclpc.com* |
| M. Andrew Stewart<br>MULLIN HOARD & BROWN, L.L.P.<br>P. O. Box 2585<br>Lubbock, TX 79408-2585<br>*Counsel for City Bank*<br>*Via ECF: astewart@mhba.com* | Steve Turner<br>Mitchell J. Buchman<br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P.<br>610 West 5th Street, Suite 602<br>Austin, TX 78701<br>*Counsel for Onewest Bank, F.S.B.*<br>*Via ECF: sdecf@BDFGROUP.com* |
| Brian D. Womac<br>Stacey L. Kremling<br>WOMAC & ASSOCIATES<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX 77024<br>*Counsel for United Partners Group*<br>*Via ECF: brian@brianwomac.com* | Eric Yollick<br>P. O. Box 7571<br>The Woodlands, TX 77387-7571<br>*Counsel for First National Bank*<br>*Via ECF: ericyollick@swbell.net* |
| Kenneth H. Holt<br>DOW GOLUB REMELS & BEVERLY, LLP<br>8 Greenway Plaza, 14th Fl.<br>Houston, TX 77046<br>*Counsel for Pennbridge Capital, LLC*<br>*Via ECF: kholt@dowgolub.com* | Jim D. Hamilton<br>ROSS, BANKS, MAY, CRON & CAVIN, P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056<br>*Counsel for Independence Bank, N.A.*<br>*Via ECF: jdhamilton@rossbanks.com* |
| Leonard H. Simon<br>W. Kyle Vaughn<br>PENDERGRAFT & SIMON<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019<br>*Counsel for First National Bank*<br>*Via ECF: kyle@wkvaughnpllc.com* | William L. Siegel<br>COWLES & THOMPSON, P.C.<br>901 Main Street, Suite 3900<br>Dallas, TX 75202<br>*Counsel for City National Bank*<br>*Via ECF: bsiegel@cowlesthompson.com* |

**Other:**

| | |
|---|---|
| Automobile One Collectibles, L.P.<br>16325 Westheimer Rd.<br>Houston, TX 77082-1233<br>*Via First Class Mail* | James R. Ballard<br>SCHWARTZ SEMERDJIAN HAILE BALLARD LLP<br>101 West Broadway, Ste. 810<br>San Diego, CA 92101-8229<br>*Via First Class Mail* |
| Bank of America<br>BAC/Fleet Bankcard<br>P. O. Box 26012<br>Greensboro, NC 27420-6012<br>*Via First Class Mail* | John H. Bennett, Jr.<br>Attorney at Law<br>2777 Allen Parkway, Suite 1000<br>Houston, TX 77019-2165<br>*Via First Class Mail* |
| Capital One Bank (USA), N.A.<br>Capital One Bank (USA), N.A.<br>by American Infosource LP, as Agent<br>P. O. Box 71083<br>Charlotte, NC 28272-1083<br>*Via First Class Mail* | Andrew M. Caplan<br>WEYCER, KAPLAN, PULASKI & ZUBER PC<br>Eleven Greenway Plaza, Ste. 1400<br>Houston, TX 77046-1130<br>*Via First Class Mail* |
| Cathay Holdings 3, LLC<br>c/o Barbara Ellis<br>LOCKE LORD BISSELL & LIDDELL LLP<br>100 Congress Ave., Ste. 300<br>Austin, TX 78701-2748<br>*Via First Class Mail* | Chamberlin Roofing and Waterproofing<br>Demac Concrete Contractors, Inc.<br>c/o MCCORMICK, HANCOCK & NEWTON<br>1900 West Loop South, Suite 700<br>Houston, TX 77027-3282<br>*Via First Class Mail* |
| Chase Auto<br>201 N. Walnut St. # Del-10<br>Wilmington, DE 19801-2920<br>*Via First Class Mail* | Chase Auto Finance<br>P. O. Box 901032<br>Ft. Worth, TX 76101-2032<br>*Via First Class Mail* |
| Chase Bank USA, N.A.<br>P. O. Box 15145<br>Wilmington, DE 19850-5145<br>*Via First Class Mail* | Chocolate Chip Aviation<br>1388 Flightline Dr.<br>Spring Branch, TX 78070-6127<br>*Via First Class Mail* |
| CIT Technology Financial Services, Inc.<br>c/o BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E. Sonterra Blvd., Suite 420<br>San Antonio, TX 78258-3940<br>*Via First Class Mail* | Civil-Surv Land Surveying<br>4710 Bellaire Blvd., Suite 250<br>Bellaire, TX 77401-4531<br>*Via First Class Mail* |
| Rodney Dewalt<br>17711 Butte Creek Road<br>Houston, TX 77090-1811<br>*Via First Class Mail* | Escobedo Erectors<br>c/o MARCOS & ASSOCIATES, P.C.<br>228 Westheimer Road<br>Houston, TX 77006-3222<br>*Via First Class Mail* |
| FIA CSNA<br>P. O. Box 26012,<br>NC4-105-02-77<br>Greensboro, NC 27420-6012<br>*Via First Class Mail* | Golden Bank NA<br>9315 Bellaire Blvd.<br>Houston, TX 77036-4503<br>*Via First Class Mail* |
| Michael Hicks<br>MULLIN HOARD & BROWN, LLP<br>P. O. Box 2585<br>Lubbock, TX 79408-2585<br>*Via First Class Mail* | Indy Mac<br>JP Morgan Chase<br>12750 Merit Dr.<br>Dallas, TX 75251-1214<br>*Via First Class Mail* |

| | |
|---|---|
| Jeffrey C. Jackson<br>JEFFREY C. JACKSON PLLC<br>720 Bayland Ave.<br>Houston, TX 77009-6610<br>*Via First Class Mail* | Nicholas Kazakoff<br>and Suntree Realty Partners, L.P.<br>c/o WILSHIRE & SCOTT, P.C.<br>3000 One Houston Center<br>1221 McKinney<br>Houston, TX 77010-2011<br>*Via First Class Mail* |
| K&H Group LLC<br>5710 W. 34th St., Ste. E<br>Houston, TX 77092-6520<br>*Via First Class Mail* | Lee & Assoc. Commercial Real Est. Inc.<br>5872 Owens Ave., Ste. 200<br>Carlsbad, CA 92008-5518<br>*Via First Class Mail* |
| Lentz Engineering LC<br>4710 Bellaire, Suite 250<br>Bellaire, TX 77401-4531<br>*Via First Class Mail* | Marina Bay Management, LLC, James Nguyen,<br>and Tracy Nguyen<br>c/o John R. Gladney<br>6901 Corporate Dr., Suite 111<br>Houston, TX 77036-5119<br>*Via First Class Mail* |
| National Loan Investors, LP<br>5619 N. Classen Blvd.<br>Oklahoma City, OK 73118-4015<br>*Via First Class Mail* | Onewest Bank<br>One National City<br>Kalamazoo, MI 49009-8003<br>*Via First Class Mail* |
| Pennbridge Orchard Plaza S, L.P.<br>c/o John R. Gilbert<br>GILBERT & GILBERT<br>P. O. Box 1819<br>Angleton, TX 77516-1819<br>*Via First Class Mail* | Ranger Fire, Inc.<br>c/o Brandon Starling<br>4144 N. Central Expressway, Ste. 300<br>Dallas, TX 75204-3293<br>*Via First Class Mail* |
| James C. Mulder<br>Trustee of the Hamilton Family Trust<br>4545 Mt. Vernon<br>Houston, TX 77006-5815 | Anthony Sullivan<br>ROSS BANKS MAY CRON & CAVIN PC<br>2 Riverway, Ste. 700<br>Houston, TX 77056-1918<br>*Via First Class Mail* |
| United Partners Group, LLC<br>6118 Caminito Sacate<br>San Diego, CA 92120-3155<br>*Via First Class Mail* | Wells Fargo Bank, NA<br>c/o Steven J. Lownds<br>QUILLING SELANDER CUMMISKEY & LOWNDS PC<br>2001 Bryan St., Ste. 1800<br>Dallas, TX 75201-3070<br>*Via First Class Mail* |
| Dominique Varner<br>HUGHES, WATTERS & ASKANASE, LLP<br>333 Clay, 29th Floor<br>Houston, TX 77002-2571<br>*Via First Class Mail* | Alex Yanez<br>7135 Majestic Oaks<br>Houston, TX 77040-3917<br>*Via First Class Mail* |
| Santa Fe Brokerage Associates, LLC<br>c/o its counsel, David Crump<br>c/o University of Houston Law Center<br>100 Law Center<br>Houston, TX 77204-6060<br>*Via Email: DCrump@UH.Edu* | |

I:\CLIENT\SOMR0002 - SOMMERS V. P. HAMILTON\DISCOVERY\NOTICE OF 2004 EXAMINATION OF WESTON LAKES COUNTRY CLUB.DOCX